Eric Edward Nord
CRIST, KROGH & NORD, PLLC
The Securities Building
2708 Second Avenue North, Suite 300
Billings, MT  59101
Telephone:  (406) 255-0400
Facsimile:   (406) 255-0697
Email:  enord@cristlaw.com

Emma L. Savory
HUSCH BLACKWELL LLP
1700 Lincoln St., Suite 4700
Denver, CO  80203
Telephone:  (303) 749-7200
Facsimile:   (303) 749-7272
Email: emma.savory@huschblackwell.com

*Attorneys for Defendant St. Vincent Healthcare*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ROXANNA JACKSON, <br><br> Plaintiff, <br><br> vs. <br><br> ST. VINCENT HEALTHCARE, <br><br> Defendant. | Cause No. CV-15-115-BLG-SPW <br><br> **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Fed. R. Civ. P. 56(a) and L.R. 56.1, Defendant St. Vincent

Healthcare ("St. Vincent") moves this court for summary judgment on all of

Plaintiff's claims.   St. Vincent moves this Court for summary judgment on

DEN-110671-1

Plaintiff's claims because, first, Plaintiff failed to exhaust her administrative remedies as to her retaliation claim; second, Plaintiff cannot present evidence to establish her disability discrimination claim; and third, St. Vincent is not a covered employer under the Montana Human Rights Act.  The grounds and basis for this motion are more fully explained and set forth in Defendant's Statement of Undisputed Facts, Brief in Support of Motion for Summary Judgment, and all other supporting documents filed by Defendant.

Pursuant to L.R. 71(c), Defendant's counsel has contacted and conferred with Plaintiff's counsel regarding this Motion.  Plaintiff's counsel objects to this Motion.

DATED this 28th day of October, 2016.

Respectfully submitted,

CRIST, KROGH & NORD, PLLC

By: */s/ Eric Edward Nord*
    Eric Edward Nord

HUSCH BLACKWELL LLP

By: */s/ Emma L. Savory*
    Emma L. Savory

*Attorneys for Defendant St. Vincent Healthcare*

2

DEN-110671-1

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of October, 2016, a copy of the foregoing **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** was served on the following persons by the following means:

<u>1, 2</u>   CM/ECF
_____   Hand Delivery
_____   Mail
_____   Overnight Delivery Service
_____   Fax
_____   E-Mail

1. Clerk, U.S. District Court

2. Eric E. Holm
  Sather & Holm, PLLC
  2301 Montana Ave., Ste. 202
  P.O. Box 1115
  Billings, MT 59103
  eric@satherandholm.com

By: /s/ *Mischelle Mayer*
  Legal Support Team Specialist

3

DEN-110671-1