

# CERTIFICATE OF EXISTENCE

I, **LINDA McCULLOCH,** Secretary of State for the State of Montana, do hereby certify that:

## ST. VINCENT HEALTHCARE

duly filed its Articles Of Incorporation for the domestic entity in this office on **April 24, 1972,** and on that date was authorized to transact business in this state for a term of Perpetual duration.

Payment is reflected in the records of the Secretary of State for all fees owed to the Secretary of State.

The most recent annual report has been filed with this office.

No articles of dissolution have been placed on record in this office by said corporation and the records indicate the corporation is in good standing under the laws of the State of Montana.

The Secretary of State cannot certify that tax and penalties owed to this state on record with the Department of Revenue are current. Please contact the Department of Revenue at (406) 444-6900 to obtain information on tax status.



IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of the State of Montana, at Helena, the Capital, this 14th day of October, 2016.

*Linda McCulloch*

**LINDA McCULLOCH**
Montana Secretary of State
Certificate Number: 101420160077

101420160077

SVH 1134

Exhibit B

1



# CERTIFICATE OF FACT

I, **LINDA McCULLOCH**, Secretary of State for the State of Montana, do hereby certify the following information for the corporation:

### ST. VINCENT HEALTHCARE

Date Incorporated: **April 24, 1972**

Term: **Perpetual**                         Status: **Active Good Standing**

Jurisdiction: **Montana**

Purpose: **CHARITABLE**

Registered Agent: **STEVE LOVELESS**

Agent Physical Address: **1233 NORTH 30TH ST, BILLINGS, Montana, 59101, United States**

Agent Mailing Address: **1233 NORTH 30TH ST, BILLINGS, Montana, 59101, United States**

Principal Office Address:

Incorporators:

• **Not Entered, Not Entered, Helena, Montana 59601, US**

Directors/Officers:

101420161085

SVH 1135

Exhibit B

2

ST. VINCENT HEALTHCARE

- Director, KATHY BOELTER, 3536 GLENFINNAN ROAD, BILLINGS, Montana 59101, US
- Treasurer, DON STERHAN, 3104 E. MACDONALD DRIVE, BILLINGS, Montana 59102, US
- President, MAIER DENNIS, 3222 BEN HOGAN LANE, BILLINGS, Montana 59106, US
- Director, EVAN BUCHAN, 4416 RIO VISTA DRIVE, BILLINGS, Montana 59106, US
- Director, KEITH LAUVER, P.O. BOX 1102, RED LODGE, Montana 59068, US
- Director, CORI COOK, 2735 BURLWOOD DRIVE, BILLINGS, Montana 59106, US
- Director, BERNADETTE HELFERT, P.O. BOX 728, ASHLAND, Montana 59003, US
- Other Officer, STEVE LOVELESS, 1233 N. 30TH, BILLINGS, Montana 59101, US
- Vice-president, DANIELLE EMERY, 931 MOON VALLEY ROAD, BILLINGS, Montana 59105, US
- Director, TERRY MOORE, 3149 GOLDEN ACRES DRIVE, BILLINGS, Montana 59106, US
- Director, KURT ALME, 3618 VICKERY DRIVE, BILLINGS, Montana 59102, US
- Director, JOHN BEDFORD, 5927 SCHULTZ PLACE, SHEPHERD, Montana 59079, US
- Secretary, VU PHAM, 2526 LONGFELLOW PLACE, BILLINGS, Montana 59101, US
- Director, KAREN FAGG, 3053 THOUSAND OAKS, BILLINGS, Montana 59102, US
- Director, MARTHA ARGULLES, 3232 LLOYD MANGRUM LANE, BILLINGS, Montana 59106, US

History Details:

- Migrated Business Entity Data Filed 08/20/2016
- AMENDMENT Filed 02/07/1973
- REPORT Filed 03/15/1973 ( - 1973 )
- AMENDMENT Filed 03/21/1975
- REPORT Filed 02/08/1978 ( - 1974-78 )
- AMENDMENT Filed 04/12/1978
- REPORT Filed 08/02/1983 ( - 1979-83 )
- Conversion to mainframe Filed 10/22/1983
- REPORT Filed 03/27/1984 ( - 1984 )
- Conversion to mainframe Filed 06/26/1984
- REPORT Filed 08/12/1985 ( - 1985 )
- COMMENT Filed 08/12/1985
- AMENDMENT Filed 08/23/1985 ( - REGISTERED AGENT ADDRESS )
- AMENDMENT Filed 08/23/1985 ( - REGISTERED AGENT NAME )

101420161085

SVH 1136

Exhibit B

3

ST. VINCENT HEALTHCARE

- REPORT Filed 02/19/1986 ( - 1986 )
- COMMENT Filed 10/07/1986
- COMMENT Filed 10/07/1986
- COMMENT Filed 10/10/1986
- REPORT Filed 02/20/1987 ( - 1987 )
- AMENDMENT Filed 06/29/1987 ( - ASSUMED BUSINESS NAME )
- REPORT Filed 01/18/1988 ( - 1988 )
- COMMENT Filed 04/11/1988
- AMENDMENT Filed 02/15/1989 ( - REGISTERED AGENT ADDRESS )
- AMENDMENT Filed 02/15/1989 ( - REGISTERED AGENT NAME )
- AMENDMENT Filed 09/13/1985 ( - CORPORATION NAME )
- REPORT Filed 02/15/1989 ( - 1989 )
- COMMENT Filed 04/24/1989
- COMMENT Filed 04/24/1989
- COMMENT Filed 04/24/1989
- COMMENT Filed 04/24/1989
- COMMENT Filed 04/24/1989
- COMMENT Filed 04/24/1989
- COMMENT Filed 05/03/1989
- COMMENT Filed 06/02/1989
- CANCELLATION Filed 06/02/1989 ( - ABN-CORPORATE RELATIONSHIP CANCELED )
- COMMENT Filed 07/31/1989
- AMENDMENT Filed 07/31/1989 ( - ASSUMED BUSINESS NAME )
- COMMENT Filed 09/07/1989
- COMMENT Filed 09/07/1989
- COMMENT Filed 09/20/1989
- REPORT Filed 01/23/1990 ( - 1990 )
- COMMENT Filed 07/12/1990
- COMMENT Filed 07/12/1990
- COMMENT Filed 07/12/1990
- COMMENT Filed 07/12/1990
- COMMENT Filed 07/12/1990
- COMMENT Filed 12/05/1990
- COMMENT Filed 12/05/1990
- REPORT Filed 03/05/1991 ( - 1991 )
- REPORT Filed 03/06/1992 ( - 1992 )
- COMMENT Filed 09/25/1992

101420161085

SVH 1137

Exhibit B
4

ST. VINCENT HEALTHCARE

- COMMENT Filed 09/25/1992
- COMMENT Filed 09/25/1992
- COMMENT Filed 11/05/1992
- REPORT Filed 03/10/1993 ( - 1993 )
- COMMENT Filed 10/28/1993
- AMENDMENT Filed 12/30/1993 ( - CORPORATION TYPE )
- COMMENT Filed 01/14/1994
- COMMENT Filed 01/14/1994
- COMMENT Filed 01/14/1994
- COMMENT Filed 01/18/1994
- COMMENT Filed 01/18/1994
- REPORT Filed 02/15/1994 ( - 1994 )
- COMMENT Filed 03/07/1994
- COMMENT Filed 05/13/1994
- COMMENT Filed 06/13/1994
- COMMENT Filed 07/11/1994
- REPORT Filed 02/06/1995 ( - 1995 )
- COMMENT Filed 05/23/1995
- COMMENT Filed 07/19/1995
- COMMENT Filed 07/19/1995
- REPORT Filed 01/22/1996 ( - 1996 )
- COMMENT Filed 03/11/1996
- COMMENT Filed 03/11/1996
- COMMENT Filed 03/11/1996
- COMMENT Filed 03/11/1996
- COMMENT Filed 03/11/1996
- COMMENT Filed 03/11/1996
- COMMENT Filed 03/11/1996
- COMMENT Filed 03/26/1996
- COMMENT Filed 03/26/1996
- COMMENT Filed 05/06/1996
- COMMENT Filed 05/28/1996
- COMMENT Filed 05/28/1996
- COMMENT Filed 05/28/1996
- COMMENT Filed 12/23/1996
- COMMENT Filed 12/23/1996
- REPORT Filed 01/27/1997 ( - 1997 )
- COMMENT Filed 11/24/1997

101420161085

SVH 1138

Exhibit B
5

ST. VINCENT HEALTHCARE

- COMMENT Filed 11/24/1997
- COMMENT Filed 11/24/1997
- COMMENT Filed 11/24/1997
- COMMENT Filed 11/24/1997
- COMMENT Filed 11/24/1997
- COMMENT Filed 11/24/1997
- COMMENT Filed 11/24/1997
- COMMENT Filed 11/24/1997
- COMMENT Filed 11/24/1997
- COMMENT Filed 11/24/1997
- COMMENT Filed 11/24/1997
- COMMENT Filed 12/05/1997
- COMMENT Filed 12/05/1997
- AMENDMENT Filed 01/16/1998 ( - REGISTERED AGENT NAME )
- AMENDMENT Filed 01/16/1998 ( - REGISTERED AGENT ADDRESS )
- REPORT Filed 01/16/1998 ( - 1998 )
- COMMENT Filed 05/12/1998
- REPORT Filed 01/22/1999 ( - 1999 )
- COMMENT Filed 03/19/1999
- COMMENT Filed 08/31/1999
- COMMENT Filed 08/31/1999
- COMMENT Filed 08/31/1999
- COMMENT Filed 08/31/1999
- COMMENT Filed 08/31/1999
- REPORT Filed 01/14/2000 ( - 2000 )
- COMMENT Filed 03/10/2000
- COMMENT Filed 03/10/2000
- COMMENT Filed 03/10/2000
- AMENDMENT Filed 07/31/2000 ( - REGISTERED AGENT NAME )
- AMENDMENT Filed 07/31/2000 ( - REGISTERED AGENT ADDRESS )
- COMMENT Filed 12/20/2000
- COMMENT Filed 12/20/2000
- COMMENT Filed 04/02/2001
- COMMENT Filed 04/02/2001
- COMMENT Filed 04/02/2001
- COMMENT Filed 04/02/2001
- COMMENT Filed 04/02/2001

101420161085

SVH 1139

Exhibit B

6

ST. VINCENT HEALTHCARE

- INTENT TO DISSOLVE INVOLUNTARILY Filed 09/04/2001 ( - INTENT OF REVOCATION/INV DISS )
- REPORT Filed 10/05/2001 ( - 2001 )
- AMENDMENT Filed 10/05/2001 ( - REGISTERED AGENT NAME )
- AMENDMENT Filed 10/05/2001 ( - REGISTERED AGENT ADDRESS )
- REPORT Filed 01/14/2002 ( - 2002 )
- COMMENT Filed 09/13/2002
- COMMENT Filed 09/13/2002
- COMMENT Filed 09/13/2002
- COMMENT Filed 09/13/2002
- REPORT Filed 01/24/2003 ( - 2003 )
- COMMENT Filed 02/11/2003
- COMMENT Filed 02/11/2003
- COMMENT Filed 10/27/2003
- COMMENT Filed 11/04/2003
- REPORT Filed 01/30/2004 ( - 2004 )
- COMMENT Filed 03/05/2004
- COMMENT Filed 01/27/2005
- COMMENT Filed 01/28/2005
- REPORT Filed 02/04/2005 ( - 2005 )
- COMMENT Filed 12/12/2005
- COMMENT Filed 12/12/2005
- COMMENT Filed 12/12/2005
- COMMENT Filed 12/12/2005
- REPORT Filed 03/07/2006 ( - 2006 E-FILED )
- COMMENT Filed 07/28/2006
- COMMENT Filed 07/28/2006
- COMMENT Filed 11/01/2006
- COMMENT Filed 11/01/2006
- REPORT Filed 01/22/2007 ( - 2007 E-FILED )
- REPORT Filed 01/22/2007 ( REGISTERED AGENT NAME )
- COMMENT Filed 10/10/2007
- COMMENT Filed 10/10/2007
- COMMENT Filed 10/10/2007
- COMMENT Filed 10/10/2007
- COMMENT Filed 10/10/2007
- COMMENT Filed 10/10/2007
- COMMENT Filed 10/10/2007

101420161085

SVH 1140

Exhibit B

7

ST. VINCENT HEALTHCARE

- COMMENT Filed 10/10/2007
- COMMENT Filed 10/10/2007
- COMMENT Filed 10/10/2007
- COMMENT Filed 10/10/2007
- COMMENT Filed 10/10/2007
- COMMENT Filed 10/10/2007
- COMMENT Filed 10/10/2007
- COMMENT Filed 10/10/2007
- COMMENT Filed 10/10/2007
- COMMENT Filed 10/10/2007
- COMMENT Filed 10/10/2007
- COMMENT Filed 10/10/2007
- COMMENT Filed 10/10/2007
- REPORT Filed 03/24/2008 ( - 2008 E-FILED )
- COMMENT Filed 09/22/2008
- COMMENT Filed 09/22/2008
- COMMENT Filed 09/22/2008
- COMMENT Filed 09/22/2008
- COMMENT Filed 10/06/2008
- COMMENT Filed 10/06/2008
- COMMENT Filed 10/06/2008
- COMMENT Filed 10/06/2008
- COMMENT Filed 10/06/2008
- COMMENT Filed 10/06/2008
- COMMENT Filed 10/08/2008
- COMMENT Filed 10/08/2008
- COMMENT Filed 10/08/2008
- COMMENT Filed 02/19/2009
- REPORT Filed 03/18/2009 ( - 2009 E-FILED )
- COMMENT Filed 09/09/2009
- COMMENT Filed 12/23/2009
- COMMENT Filed 12/23/2009
- COMMENT Filed 12/23/2009
- REPORT Filed 02/03/2010 ( - 2010 E-FILED )
- COMMENT Filed 02/17/2010
- COMMENT Filed 02/17/2010
- COMMENT Filed 03/29/2010
- REPORT Filed 02/24/2011 ( - 2011 E-FILED )

SVH 1141

Exhibit B

8

ST. VINCENT HEALTHCARE

- REPORT Filed 02/24/2011 ( REGISTERED AGENT NAME )
- REPORT Filed 01/23/2012 ( - 2012 E-FILED )
- COMMENT Filed 11/30/2012
- REPORT Filed 03/20/2013 ( - 2013 E-FILED )
- COMMENT Filed 01/27/2014
- REPORT Filed 02/10/2014 ( - 2014 E-FILED )
- COMMENT Filed 06/06/2014
- COMMENT Filed 06/06/2014
- AMENDMENT Filed 09/19/2014 ( - REGISTERED AGENT NAME )
- AMENDMENT Filed 09/19/2014 ( - REGISTERED AGENT ADDRESS )
- REPORT Filed 03/04/2015 ( - 2015 E-FILED )
- REPORT Filed 02/24/2016 ( - 2016 E-FILED )
- AMENDMENT Filed 10/30/2000 ( - CORPORATION NAME )

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of the State of Montana, at Helena, the Capital, this 14th day of October, 2016.

*Linda McCulloch*

**LINDA McCULLOCH**
Montana Secretary of State
Certificate Number: 101420161085

101420161085

SVH 1142

Exhibit B
9