Exhibit No. 11
Deponent: R. Jackson
Date: 4/22/16 RPR: AR
Mile High Court Reporting

 **St. Vincent Healthcare**

People Healing People.

# CORRECTIVE ACTION – TERMINATION FORM

| Associate: | Roxanna Jackson | Associate ID#: | 8237 |
|---|---|---|---|
| Position: | Instrument Tech (Non-Cert) | Department: | Central Processing |
| Today's Date: | 8-27-14 | Hire Date: | 3-21-77 |

REFER TO CORRECTIVE ACTION POLICY AND PROCEDURE
Managers must consult with Human Resources in any termination. The original must be submitted to Human Resources

CURRENT ACTION:   <u>TERMINATION OF EMPLOYMENT</u>

PRIOR CORRECTIVE ACTION(S):
Note: Include dates and any follow-up steps taken by the manager or associate.

> 7/24/2013 - HML Conversation and expectations, continued coaching and review every two weeks
> 10/10/2013 - Verbal Reminder - work performance issues
> 11/6/2013 - Verbal Reminder - behavior
> 1/20/2014 to 2/28/2014 - retraining/reorientation period
> 2/28/2014 - Final Competency Validation/Sign-off
> 4/8/2014 - Verbal Coaching - (reminder of training & observations of performance
> 6/25/2014 - Verbal Reminder - Instrument quality errors
> 7/23/2014 - Written Reminder - Insubordination; failure to follow direction given by leadership (signed Core Values brochure and Station Assignments policy)
> 7/28/2014 - Final Written Reminder - Instrument quality errors
> 7/30/2014 - Performance Improvement Plan submitted by Roxanna on actions she will take to improve her work performance

1.   Describe the issue(s) regarding this associate's performance or behavior. Provide the facts surrounding the concern(s), including dates of events and specific description of the associate's role in the issue(s):

> 8/17/14 - entered a restricted sterile CP area in street clothes and hair net; Manager working and when asked why you were in this area your response was that you came in to approve your time card.
>
> 8/18/14 - Instrument set returned to Manager by OR; Incorrect labeling & no chemical indicator in the set; RJ documented as having prepared instrument on the count sheet.
>
> 8/18/14 - Instrument set returned to Manager by OR as indicators did not reflect set had been sterilized yet sticker placed on set and load sheet indicated it had been. RJ documented as having prepared set and admitted via conversation on 8/20/14 that you had put set in the load as was indicated by load sheet.
>
> 8/21/14 - count sheet and missing sticker for Instrument set submitted to Manager by OR stating tray was missing a critical instrument required in the tray for open heart cases. Investigation showed the missing item was sitting on the missing instrument table in CP to be replaced in the tray. Roxanna documented as having prepared the set. When asked if you looked for the missing instrument you stated it wasn't in the open heart cart and that you had not looked on the missing instrument table for it.

2.   Describe the negative impact the issue(s) has/have on the associate's department:

> 1) Errors in processing increase the risk of a negative outcome for our patient
> 2) Errors in processing cause rework and decreases efficiency
> 3) Errors in processing cause others to question the quality of our work
> 4) Entering restricted areas without proper attire contaminates the sterile area
> 5) Errors in processing increase risk of delays in patient care

1

SVH 0038

Exhibit C
1

 St.Vincent
Healthcare

People Healing People.

3.    State the policy(ies), department requirement(s) or behavioral standard(s) which has/have not been met by this individual. Regarding each policy or standard, indicate specific expectation(s) of the associate in his/her role:

> 1) CP Instrument Area competency (attached) demonstrates knowledge of the instrument and expectations
> 2) Resource Materials - employees are expected to use reference materials available in the department if/when uncertainty exists related to instruments
> 3) Instrument Tech Job Description (attached) - employees are expected to fulfill the responsibilities as outlined in the job description
> 4) HR Policy ER.2.2 (Corrective Action Policy) - All associates are expected to advance the goals of St. Vincent which include the maintenance by high standards of personal conduct and work performance.
> 5) Core Values & Service Behaviors (brochure attached): Excellence - We set high standards and work to proactively reach our goals; and Stewardship - We are accountable for the resources entrusted to us. All employees are expected to demonstrate behaviors consistent with our Core Values.

4.    What knowledge did the associate have of the conduct that St. Vincent expected? (Knowledge can be demonstrated through the following forms: orientation checklist, Compliance—Code of Conduct, Access and Confidentiality Agreement, department policies, department minutes that reflect training, Constructive Discipline Policy/forms, etc. Attach the applicable forms)

> You were re-oriented to the work flow and processes in January/February 2014 with demonstration of competence through competency sign-off. Reference materials are available to all CP staff as a resource when questions arise, which you previously referenced in your Performance Improvement Plan.
>
> Sterilizer operator competency available in the wrapping area for reference materials available to all CP staff as a resource when questions arise.
>
> Policy 6200-M-062 Surgical Attire defines the requirements for surgical attire in areas.
> Signs are posted on the entry doors in CP stating "Restricted Area Scrubs Required, foot and hair protection required." There is a second sign in the break room for the requirement of bunny suits, if scrubs are not worn.

5.    Explain how the conduct was within the power and capacity of the associate to control or prevent.

> Through the reorientation process Roxanne has demonstrated her competence in the work responsibilities and methods for completion of the work. Roxanne has chosen to complete her responsibilities outside of the processes defined to maintain the quality of work.
>
> Roxanne is in control of her own behavior and chose to enter a sterile environment without proper attire.

2

SVH 0039

Exhibit C

2



**St.Vincent Healthcare**

People Healing People.

6.  Explain why termination was necessary and how the seriousness of the conduct or the severity of the offense led to the decision of termination. How has this associate's behavior failed to support the St. Vincent Healthcare Mission, Vision, and Values?

> Roxanne has demonstrated a pattern of behavior related to the quality of her work. Through reorientation to the work and bringing errors and issues to Roxanne's attention she continues to make errors that have the potential for negative impact on our patients. Our efforts have not been successful in helping to change her behavior. These errors that continue to occur have high potential for serious negative outcome to our patients in the OR when instrument sets are mislabeled or are not correctly sterilized.
>
> Roxanne's behavior does not meet the expectations for quality in support of providing excellence in the care we provide to our patients.

**ASSOCIATE COMMENTS**

If necessary, attach additional comments on a separate sheet.

_____
_____
_____
_____
_____
_____

NOTE: Questions regarding this discipline may be directed to Human Resources or addressed by your implementation of St. Vincent Healthcare Grievance Policy.

*By signing this document, I am indicating the information in this corrective action document has been reviewed with me. Whether I agree with the review is not necessarily indicated by my signature below.*

ASSOCIATE'S SIGNATURE:    *Emp refused to sign*   DATE:
[Employee Name]

SUPERVISOR'S SIGNATURE:      DATE: 8/27/14
[Presenting Supervisor]

HUMAN RESOURCES:      DATE: 8/27/14

COPIES (to be made after signing): ☒ Associate ☒ Supervisor ☒ Human Resources

NOTE: Original form *must* be submitted to Human Resources.

EMPLOYEE RECEIVED: ☒ Grievance Policy    ☒ Corrective Action Policy

Updated 5-12

3

SVH 0040

Exhibit C

3