Exhibit No. **5**
Deponent: **R. Jackson**
Date: **4/22/16** RPR: **AK**
Mile High Court Reporting

 **St.Vincent Healthcare**
People Healing People.

## CORRECTIVE ACTION FORM

| Associate: | Roxanne Jackson | Associate ID#: | 8237 |
|---|---|---|---|
| Position: | Central Processing Tech | Department: | Central Processing |
| Today's Date: | 10/10/2013 | Hire Date: | 3/21/1977 |

REFER TO CORRECTIVE ACTION POLICY AND PROCEDURE
Managers are encouraged to consult with Human Resources. Unless this document is a verbal warning, the original must be submitted to Human Resources

CURRENT ACTION: ■ Verbal Reminder    ☐ Written Reminder    ☐ Final Written Warning

PRIOR CORRECTIVE ACTION(S):
Note: Include dates and any follow-up steps taken by the manager or associate.

> None

1. Describe the issue(s) regarding the associate's performance or behavior. Provide the facts surrounding the concern(s), including dates of events and a specific description of the associate's role in the issue(s):

> On July 24, 2013, Roxanne Jackson met with the Materials Management Director and the Central Processing Manager to have a conversation from a high, medium and low perspective of Productivity in the Central Processing Department to establish expectations. David Dobson and Heather Franzel are meeting with Roxanne to follow up from initial conversation to give Roxanne an update of how she is perceived toward meeting expectations.
> Based on our conversation on the 24th we requested for you to continue to address and look for opportunities to improve productivity within the department. As to date we have seen little efforts from you to take opportunities in this area. It's not to say that they have gotten worse but little has been done to improve in this area. Our expectation as stated on the 24th is that you need to demonstrate actions that will result in improvement in this area.

2. Describe the negative impact the issues(s) has/have on the associate's department or the facility:

> The expectation has been to observe for a couple of weeks for changes in productivity skills that we talked about, and then to follow up and reinforce the expectations with Roxanne. We have determined the tasks required for each employee to assemble instruments that will ultimately allow us to improve our work flow and productivity. As of yet these items have not been completed per schedule and this is a concern that needs to be addressed. The request to improve your technical skills to be able to maintain the instrumentation area has not been met. Based on our previous discussion we asked that if you needed assistance to make us aware and we would provide the training and a means of measure to improve on. To date, there has been only one request to the lead tech and none to Heather. As a result you have either not taken on the tasks that would require you to improve your performance.

3. State the policy(ies), values, department requirement(s) or behavioral standard(s) which has/have not been met by this individual. In regards to the policy or standard, indicate the specific expectations(s) of the associate in his/her role:

> You need to continue to address issues related to the following Core Value and Behaviors:
> Excellence--
> We set high standards and work to proactively reach our goals.
> We are accountable for our actions and performance.
> We support excellence by adhering to best practices and looking for creative and innovative solution.

SVH 0097

Exhibit F

1

 **St.Vincent Healthcare**
People Healing People.

4. Indicate the consequences if the expected results are not attained (may include further disciplinary action up to and including termination):

> Failure to meet objectives will lead to further disciplinary action up to and including termination.

5. Specifically describe the actions which will be taken by the manager and/or the associate to reach the expected results. Include dates of any follow-up activities (I.e. training, schedule feedback sessions, assessments, etc.)
Note: The manager may attach the associate's Performance Improvement Plan if one has been requested. If so, please indicate.

> We will continue to monitor your progress in the instrument area mentioned above and will follow up with you on October 25 to review your progress.
> Please review and sign job description as a acknowledgment of the job expectations at the start of shift on 10/14/2013.

**ASSOCIATE COMMENTS**
If necessary, attach additional comments on a separate sheet.

_____

_____

_____

_____

_____

To the Associate: Questions regarding this discipline may be directed to Human Resources or addressed by the associate implementing St. Vincent Healthcare Grievance Policy.

SUPERVISOR'S SIGNATURE _____ Date: _10-10-13_
(Presenting Supervisor)

HUMAN RESOURCES _Melissa Young_                Date: _10·10·13_

By signing this document, I am indicating that the information in this constructive discipline document has been reviewed with me. Whether I agree with the review is not necessarily indicated by my signature below.

ASSOCIATE'S SIGNATURE _refused to sign_ _JMY_        Date: _____
(Associate Name)

COPIES (to be made after signing): [✓] Associate [ ] Supervisor [✓] Human Resources

NOTE: Original form must be submitted to Human Resources.

Updated 5-12

SVH 0098

Exhibit F

2