# Week 1

| Instrument Training Competency Sign Off Sheet | | | |
|---|---|---|---|
| Day 1 | Initials | | |
| | Roxanne Jackson | Amanda Mordhorst | Heather Franzel |
| Tape Identification | RJ | AM | HF |
| Comments | | | |
| Able to Access Instrument Recipe Cards | RJ | AM | HF |
| Comments | | | |
| Able to Identify Lid Color System | RJ | AM | HF |
| Comments | | | |
| Able to Visually Inspect Every Instrument for Cleanliness & Impairment | RJ | AM | HF |
| Comments | | | |
| Able to Check Instruments for Functionality | RJ | AM | HF |
| Comments | | | |
| Able to Check Lumens | RJ | AM | HF ok |
| Comments | | | |
| Able to Check Needle Holders | RJ | AM | HF ok |
| Comments | | | |
| Able to Sort Instrument before Assembly | RJ | AM | HF |
| Comments | | | |
| Able to Use the Seperates Book | RJ | AM | HF |

Exhibit No. 7
Deponent: R. Jackson
Date: 4/22/16 RPR: AR
Mile High Court Reporting

SVH 0657

Exhibit I

1

# Week 1

| Instrument Training Competency Sign Off Sheet | | | |
|---|---|---|---|
| **Day 2** | **Initials** | | |
| | Roxanne Jackson | Amanda Mordhorst | Heather Franzel |
| Using the Highlight Feature on Count Sheet When Leaving Work Station | *RJ* | *AM* | *XC* |
| Comments | | | |
| ~~Able to Empty Window and Assemble Trays at the Same Time~~ | | | |
| Comments | | | |
| Able to Check (Scopes/Flexible) & Rigid, Cameras, & Light Cords for Functionality | *RJ* | *AM* | *HF* |
| Comments | | | |
| Able to Identify What Instrumentation goes in the Aerator | *RJ* | *AM* | *HF* |
| Comments | | | |
| Able to Identify and Locate Trays to Put Hand Wash Items Away | *RJ* | *AM* | *HF* |
| Comments | | | |
| Able to Empty Washers and Aerator and Continue Tray Assembly | *RJ* | *AM* | *HF* |
| Comments | | | |
| Knows the Importance of Doing Instrumentation Before Other Tasks | *RJ* | *AM* | *HF* |
| Comments | | | |
| Knows How to Handle Missing Instrumentation/Labeling | *RJ* | *AM* | *HF* |
| Comments | | | |
| Knows the QI Form Process | *RJ* | *AM* | *HF* |

*Duplicate AM*

SVH 0658

Exhibit I

2

# Week 1

| Instrument Training Competency Sign Off Sheet | | | |
|---|---|---|---|
| Day 3 | Initials | | |
| | Roxanne Jackson | Amanda Mordhorst | Heather Franzel |
| Able to Assemble All Ortho Trays | *RJ* | *AM* | *HF* |
| Comments | | | |
| Able to Assemble All Power Trays | *RJ* | *AM* | *HF* |
| Comments | | | |

micro drill
drill reamer
trauma drill x2

SVH 0659

Exhibit I

3

# Week 1

| Instrument Training Competency Sign Off Sheet | | | |
|---|---|---|---|
| Day 4/5 | Initials | | |
| | Roxanne Jackson | Amanda Mordhorst | Heather Franzel |
| Able to Assemble NeuroTrays | *RJ* | *AM* | *HF* |

Comments (See Below)

SVH 0660

Exhibit I

4

# Week 1

| Comments | | | |
|---|---|---|---|
| Able to Discharge Wound Vacs | RS | AM | HS |
| Comments | | | |

## Week 1

| Comments | | | |
|---|---|---|---|
| Able to Open/Close the Instrument Area | RJ | AM | SW |
| Comments | | | |

Scissor Identification

Broken equipment go to Warehouse?

Seperate areas for sterile/unsterile floor trays + containers

- pipe cleaner utilization

- sheets around window

SVH 0662

Exhibit I
6

# Week 2

| Instrument Training Competency Sign Off Sheet | | | |
|---|---|---|---|
| Day 1 (Tuesday) | Initials | | |
| | Roxanne Jackson | Amanda Mordhorst | Heather Franzel |
| Able to Assemble Heart Trays | *(initials)* | *(initials)* | *(initials)* |

Comments (See Below)

*work on arterial clamps*

SVH 0663

Exhibit I
7

# Week 2

| Instrument Training Competency Sign Off Sheet | | | |
|---|---|---|---|
| Day 2 (Wednesday) | Initials | | |
| | Roxanne Jackson | Amanda Mordhorst | Heather Franzel |
| Able to Assemble Plastic Trays | *RJ* | *AM* | *HF* |

Comments (See Below)

└ *light plastic*
*18:00*

SVH 0664

Exhibit I
8

# Week 2

| Instrument Training Competency Sign Off Sheet | | | |
| --- | --- | --- | --- |
| Day 3 (Friday) | Initials | | |
| | Roxanne Jackson | Amanda Mordhorst | Heather Franzel |
| Able to Assemble General Trays | RJ | AM | HF |
| Comments | | | |
| Knows How to Flush Laparoscopic Instruments | RJ | AM | HF |
| Comments | | | |
| Able to Empty Window and Complete Instrument Trays at the Same Time | RJ | AM | HF |
| Comments | | | |

SVH 0665

Exhibit I

9

# Week 3

| Instrument Training Competency Sign Off Sheet | | | |
|---|---|---|---|
| **Day 1 (Tuesday)** | **Initials** | | |
| | Roxanne Jackson | Amanda Mordhorst | Heather Franzel |
| Able to Use the Omni Cell and Complete Implant Trays | *RJ* | *AM* | *HF* |
| Comments | | | |
| Able to Look Up an Implant in the Omni Cell | *RJ* | *AM* | *HF* |
| Comments | | | |
| Able to Remove Implant Correctly from Omni Cell | *RJ* | *AM* | *HF* |
| Comments | | | |
| Knows Process for Passing Implants through Decon Window | *RJ* | *AM* | *HF* |
| Comments | | | |
| Able/Knows How to Use Implant Book to Complete Trays | *RJ* | *AM* | *HF* |
| Comments | | | |
| Able to Assemble Implant Trays from Bottom to Top | *RJ* | *AM* | *HF* |
| Comments | | | |
| Able to Find Missing Instruments in the Vendor Area | *RJ* | *AM* | *HF* |
| Comments | | | |
| Able to Empty Washers and Aerator and Continue Tray Assembly | | | |

Duplicate
AM

SVH 0666

Exhibit I
10

# Week 3

| Instrument Training Competency Sign Off Sheet | | | |
|---|---|---|---|
| Day 2 - 4 | Initials | | |
|  | Roxanne Jackson | Amanda Mordhorst | Heather Franzel |
| Able to Assemble Implant Trays | *[initials]* | *[initials]* | *[initials]* |
| Comments | | | |

SVH 0667

Exhibit I

11

# Week 4

## Instrument Training Competency Sign Off Sheet

| Day 3 | Initials | | |
|---|---|---|---|
| | Roxanne Jackson | Amanda Mordhorst | Heather Franzel |
| Assembly of SR Instrumentation | *RJ* | *AM* | *HF* |
| Comments | | | |
| SR Instrumentation Tape Identification | *RJ* | *AM* | *HF* |
| Comments | | | |
| SR Supply Locations | *RJ* | *AM* | *HF* |
| Comments | | | |
| | | | |

SVH 0668

Exhibit I

12

# Week 5

| Instrument Training Competency Sign Off Sheet | | | |
|---|---|---|---|
| Day 1 | Initials | | |
| | Roxanne Jackson | Amanda Mordhorst | Heather Franzel |
| Able to Assemble Multiple Identical Instrument Sets Simultaniously/Trays Under 30 Instruments in Size | | | |

Comments: This week Roxanne and I are working her normal scheduled hours from 3-11 p.m. This will allow for me to watch Roxanne put the training into practice in her normal work setting. We are assigned to the instrument processing area with no back-up help unless the amount of work becomes incredibly overwhelming. I observed Roxanne during the busiest part of the day from 3 - 8 pm. During this time I made many notes about the good and not so good practices i saw her putting into action.

Roxanne emptied the aerator first - she checked the instrument cart for trauma and heart sets since they take priority. She had multiple items from the aerator but stopped before finishing the last two, to empty the instrument washers. My recommendation to her was to finish the task on her table and then go to the washers and empty them. While assembling the scopes she checked them the way Heather showed her to which is to hold the scope like a pool stick with the end facing a white piece of paper with writing on it; this checks the clarity of the scope. She grabbed multiple instrument sets and placed them on her back-table. She grabbed the Minor Foot, Seperates Pan, and 2 Hip Trays  then proceeded to unload another washer. I recommended to her to take advantage when the day crew is here until 530 pm, which means to take turns with them when unloading the washers. It is the teams responsibility to do it; I also mentioned when she is alone she has to do it herself especially after 530 pm so spread the work around so she can also focus on completing instrument sets. I also explained to her she when she is by herself to check out the complete washer and see if their is another load behind it, if their isn't she can wait to do a couple trays before emptying it. She then started the Minor Foot Instrument Set @ 1550. The set took her 14 minutes to assemble it which is around the average time she has worked towards. She did have issues with identifying the scissors in the set so she requested my help with them. She is checking the needle

SVH 0669

Exhibit I

13

Case 1:15-cv-00115-SPW    Document 16-11    Filed 10/28/16    Page 14 of 19

# Week 5

holders in the light for functionality and assembling the instrument sets in the order she has been trained: Bottom, Stringer, Wrapper. When she completed the Minor Foot set she grabbed the two hip containers and brought them back to her station; this saved her some steps as opposed to grabbing only one container at a time. She is also using the zoom feature on the count sheet so they are easier for her to see/read. Before proceeding with the Hip A set she went to the window and grabbed two power sets and one long lap set. I recommened to her to go ahead and do the power trays right then instead of putting them on her back table and letting them pile up. The Hip B assembly time took from 1612 to 1616. She assembled the set by making sure the handles were all facing in the same direction, which she has been trained to do. Next she assembled the Long Lap instrument set; she started it at 1616. It took her 21 minutes to assemble the set. Many factors contributed to this including flucshing the ports on every laparoscopic instrument, answering a question from a co-worker, and she had to assemble the set based on the numbers on the instruments not the description then the number. If she knows what the instrument looks like she can find it based on the description and then use the number to verify. She also struggled assembling the two lap instruments in the set that come through the wash apart. I showed her how to assemble one and had her assemble the other one, she had problems so I showed her again and she got it. After the completion of this tray she grabbed another Long Lap Instrument set. This time it took her 13 minutes. This time she only struggled with putting together one of the two instruments and it was easier for her to identify the instruments by their looks because she just assmbled the exact tray prior. She then grabbed 4 power trays, which were mixed with 4 sag saws. She tapped the sag saws on softnet to check for cleanliness. She then grabbed the 4 containers at the same time, which saved her time. This took her from 1737-1745. She then emptied the cart washer and on her way back to her station grabbed the pans for the remaining power trays on her work station; the remaining trays took her from 1747-1755. She then grabbed four total knee trays and placed them on her back-table. She assembled two of them at a time which took her 10 minutes and then 11 minutes.

SVH 0670

Exhibit I

14

# Week 5

| Instrument Training Competency Sign Off Sheet | | | |
|---|---|---|---|
| Day 1 | Initials | | |
| | Roxanne Jackson | Amanda Mordhorst | Heather Franzel |
| Able to Assemble Multiple Identical Instrument Sets Simultaniously/Trays Under 30 Instruments in Size | *(initials)* | AM | *(initials)* |
| Comments: | | | |

SVH 0671

Exhibit I

15

# Week 6

## Instrument Training Competency Sign Off Sheet

| Day 1 - 5 | Initials | | |
|---|---|---|---|
| | Roxanne Jackson | Amanda Mordhorst | Heather Franzel |
| | | | |

Day 1 Comments: Roxanne was Sick this day Day 2 Comments: On this day I strictly observed Roxanne to see if she could handle the instrument area by herself efficiently. She started out by asking me what she should do first, I said pretend I'm not here and grab what you would normally do. She grabbed the synthes mandible tray which is the top priority since it is a trauma implant set. She started assembling the tray at 1513. She started doing the set from the bottom and worked her way up which is how it is suposed to be done. She got to the second item on the count sheet and immediatly asked me for help. I said I'm not always going to be standing here so you have to taske it upon yourself to check the instruments and implants by their numbers. She started to make a list of the items that were missing and I suggested she use the count sheet to keep track because she can always pull a fresh one to put into the set. She agreed and used the count sheet which worked well for her. I left the department for about 10 minutes and came back she was still working on the set; I asked her how she was doing and she said not good. I could tell she was very frustrated so I helped her complete the set. Nothing was listed incorrectly on the count sheet so she should not have had a problem completing this tray by herself. She then completed hand wash instrumentation including a light cord, camera, EVH scope. She checked all instruments as she has been shown. She then grabbed the OS fusion #2 and pulled up the correct count sheet on the computer. Which had been an issue in the past due to the taping of the tray. when she finished the tray she attempted to unload an instrument washer but it was too hot to touch. She then assembled the breast injection needle set, we just had an in-service explaining/demonstrating how to put the handpiece in this set together. i was not their for this in-service and am

SVH 0672

Exhibit I
16

# Week 6

unfamiliar with this particular instrument. Roxanne was in attendence for the in-service but immediatly asked me how to put it together. She asked me where the rubber band went on the instrument and I said I think it goes here, so I proceeded to put it on and when I got it on she said oh I think it goes on the top...I'm pretty sure; I said are you messing with me. It seemed as though she was testing me to see if I knew how to do it. She said she wasn't testing me and I said I wasn't at the in-service so lets ask David (he gave the in-service). David assisted us with putting the instrument together. After this set was complete she was labeling it and asked me how to spell "Breast Injection Needle Set" I repeated it back to her to make sure that's what it is labeled as and she snapped at me and said "YES, I need to know how to spell it" I said "Don't get upset I'm just clarifying what you need me to spell" So I helped her spell it and she moved on to emptying the cart washer and instrument washer. After this she grabbed a spine basic set, while assembling it she checked the ends of the kerrisons and pituitaries and sqeezed them in her hand for functionality. The one process that is slowing her down is when she is reading the count sheet she is only looking at one line at a time. We have gone over this and I said she should look at two lines and then move it up to three if possible. She has not mastered this process yet and should continue to work on it. She also checked the needle holders in the light and checked the forceps for functionality; and she tapped the suctions gently to check for cleanliness.

SVH 0673

Exhibit I
17

# Week 6

Day 3 Comments: I sat down with Roxanne to go over what I observed on day 2. The conversation went over all the notes listed for day 2. I went over a few mistakes she had made in the last couple days which were discovered by OR. Roxanne assembled a Synthes Small Frag Implant Set and when the OR staff in the surgery went to pull a plate to implant into the patient they were missing the plate. The surgeon was very upset about this and the room staff said this happend last week as well. I went up to the OR and the staff member gave me the tape and count sheet from the tray. In addition, to leaving out the plate their was also a missing sticker for two instruments that were in fact not missing. I explained this to Roxanne and told her she needs to be more careful and mindful when completing the implant trays and I suggested she use the implant count sheet for the set while restocking it as a guide and a tool by checking off what is in the tray not just what is missing. I think this process would cut down on the amount of mistakes and allow her to become more familiar with the sets. The other thing we spoke about was mislabeling of a power set. She responded by saying she knows the power sets and she had three in front of her and identified them to me. She voiced concern that someone may be sabotaging her work. She asked me if Heather would do that to her and I said absolutely not. Heather wants to see you succeed, not fail. I also told her to not focus on the suspision of someone sabotaging her but focus on the work she is completing so she can say when a mistake like this is brought to her that she is 100% sure she did not make the mistake. After this conversation we went through the remaining competencies including plastic trays, flexible scopes, wound vacs, and process competencies. Heather observed Roxanne for the first two hours of her shift. Roxanne completed a lap chole, major lap, vag hyst, Synthes Small Frag, Minor Foot, and Yorgasons specials. When assembling the lap chole Roxanne did it properly and in a reasonable amount of time. Roxanne did look at the count sheet and strung multiple instruments at the same time while assembling the major lap; which is one process she has been told to continue to improve. The amount of time for the major lap was average. While assembling the vag hyst set she was missing some babcock clamps on her stringer she caught it but put them on the stringer in the incorrect place. She was also missing a towel clip and grabbed one from the peg board but she did not tape it to match the set; so i have explained that to her. The small frag, minor foot, and yorgasons specials were all completed timely and correctly.

SVH 0674

Exhibit I

18

# Week 6

Day 4 Comments: Roxanne was off this day because she works the upcoming weekend.

SVH 0675

Exhibit I

19