

Exhibit No. 8
Deponent: R. Jackson
Date: 6/22/14 RPR: AC
Mile High Court Reporting



St.Vincent
Healthcare
People Healing People.

## CORRECTIVE ACTION FORM

| Associate: | Roxanne Jackson | Associate ID#: | 8237 |
|---|---|---|---|
| Position: | Instrument Tech | Department: | Central Processing |
| Today's Date: | 6/25/2014 | Hire Date: | 3/21/1977 |

REFER TO CORRECTIVE ACTION POLICY AND PROCEDURE
Managers are encouraged to consult with Human Resources. Unless this document is a verbal warning, the original must be submitted to Human Resources

CURRENT ACTION: ■ Verbal Reminder    ☐ Written Reminder    ☐ Final Written Warning

PRIOR CORRECTIVE ACTION(S):
Note: Include dates and any follow-up steps taken by the manager or associate.

> 7/24/2013-HML Conversation and expectations, continued coaching and review every two weeks
> 10/10/2013 - Verbal Warning - performance based off expectations discussed from HML
> 11/6/2013- Verbal Reminder - behavior
> 1/20 2014- Feb 28, 0214-retraining/reorientation period
> 2/28 2014-Final Competency Validation/Sign-off
> 4/9/2014 - Verbal Coaching - reminder of training & observations of performance

1. Describe the issue(s) regarding the associate's performance or behavior. Provide the facts surrounding the concern(s), including dates of events and a specific description of the associate's role in the issue(s):

> 4/28/2014 - Manager was alerted by OR of issues in finding face lift retractors for surgery. They were found mislabeled, put up by Roxanne as Volkman Rakes 4-prong sharp. Correct instrument name and picture is available in separates book and the separates folder on the shared drive. When this error was brought to Roxanne's attention she stated she knew she made the mistake but did not correct the issue before it impacted the patient care.
> 5/13/2014 - An Olympus Light Cord was returned to CP after it was opened and discovered it was labeled incorrectly. The item was an Olympus Lap Camera. This error was brought to Roxanne's attention to make her aware of the mislabeling issue and she did not have a response to the mistake.

2. Describe the negative impact the issues(s) has/have on the associate's department or the facility:

> 1) Incorrect labeling of trays has potential to negatively impact the care of our patients causing delays in surgical procedures and additional time under anesthesia.
> 2) Incorrect labeling of trays causes others to use extra time searching for items needed to complete their work. This causes delays and inefficiencies in our work and negatively impacts productivity.
> 3) Incorrect labeling of trays causes others to view CP in a negative light.
> 4) Incorrect labeling of trays creates dissatisfaction from surgeons and co-workers both in our department and others.

3. State the policy(ies), values, department requirement(s) or behavioral standard(s) which has/have not been met by this individual. In regards to the policy or standard, indicate the specific expectations(s) of the associate in his/her role:

> 1) All staff are expected to adhere to training competencies. All employees are expected to label items correctly so patient care is not compromised and work can be completed in an efficient manner
> 2) St. Vincent Core Values and Service Behaviors of Stewardship, Excellence and Integrity - employees are expected to demonstrate behaviors consistent with our Core Values.
> 3) Mistakes are addressed with each associate as they occur. If it becomes repetitive it is a concern for the patient's safety and corrective action will follow.

SVH 0112

Exhibit J

1



**St.Vincent Healthcare**
People Healing People.

4. Indicate the consequences if the expected results are not attained (may include further disciplinary action up to and including termination):

> Failure to meet expectations may lead to further disciplinary action up to and including termination of employment.

5. Specifically describe the actions which will be taken by the manager and/or the associate to reach the expected results. Include dates of any follow-up activities (i.e. training, schedule feedback sessions, assessments, etc.)
Note: The manager may attach the associate's Performance Improvement Plan if one has been requested. If so, please indicate.

> 1) Roxanne is expected to read and sign the Core Values and Service Behaviors brochure (attached) as acknowledgment of her understanding of the behaviors expected of her in the work environment. Signed copy is to be provided to Manager by 6/26/2014.
> 2) It is an job expectation for all associates to put instruments up correctly.

**ASSOCIATE COMMENTS**
If necessary, attach additional comments on a separate sheet.

_____

_____

_____

_____

_____

To the Associate: Questions regarding this discipline may be directed to Human Resources or addressed by the associate implementing St. Vincent Healthcare Grievance Policy.

SUPERVISOR'S SIGNATURE _____     Date: 6/26/2014
(Presenting Supervisor)

HUMAN RESOURCES _____     Date: 6/26/2014

By signing this document, I am indicating that the information in this constructive discipline document has been reviewed with me. Whether I agree with the review is not necessarily indicated by my signature below.

ASSOCIATE'S SIGNATURE _____     Date: 6/25/2014
(Associate Name)

COPIES (to be made after signing): ☑ Associate ☑ Supervisor ☐ Human Resources

NOTE: Original form must be submitted to Human Resources.

Updated 5-12

2

SVH 0113

Exhibit J
2