BEFORE THE HUMAN RIGHTS COMMISSION
OF THE STATE OF MONTANA

********************************

ROXANNA JACKSON,
    Charging Party

-v-

ST. VINCENT HOSPITAL,
    Respondent

HRB CASE NO. 0151017156

FINAL AGENCY DECISION

·********************************

Charging Party, Roxanna Jackson (Jackson), filed a complaint with the Department of Labor and Industry (Department) alleging discrimination in employment on the basis of age and disability. Following an informal investigation, the Department determined that a preponderance of the evidence did not support Jackson's allegations that Respondent, St. Vincent Hospital, discriminated against Jackson. The Department issued a Notice of Dismissal. Jackson filed an objection with the Montana Human Rights Commission (Commission). The Commission considered the matter on September 18, 2015. No oral argument was requested for this hearing.

The Commission reviews a decision of the Department to dismiss a complaint using an abuse of discretion standard. *Section 49-2-511(2), MCA.* After careful consideration, the Commission concludes the determination of the Department to dismiss the complaint in this case is not an abuse of discretion.

If a charging party chooses to commence a civil action in district court, the charging party has 90 days after the date this order is issued to file a complaint in district court, in the district where the alleged violation occurred, and seek appropriate relief. *Section 49-2-511(3)(a), MCA.* If a charging party fails to commence a civil action within 90 days, the claims are time barred. *Id.*

Alternatively, a party may ask a district court to review the decision of the Commission to affirm the dismissal of a complaint. *Sections 2-4-702 and 49-2-511(3)(b), MCA.* This review

SVH 1194

Exhibit P
1

must be requested within 30 days of the date of this order. A party must promptly serve copies of a petition for judicial review upon the Human Rights Commission and all parties of record. *Section 2-4-702(2), MCA.*

IT IS HEREBY ORDERED, that Roxanna Jackson's objection is **overruled.** The Commission affirms the determination of the Human Rights Bureau to dismiss the complaint against St. Vincent Hospital.

DATED this 22nd day of September, 2015.

_____
Dennis M. Taylor, Chair
Human Rights Commission

SVH 1195

Exhibit P

2

CERTIFICATE OF SERVICE

The undersigned secretary for the Human Rights Commission certifies that a true and correct copy of the foregoing ORDER was mailed to the following by U.S. Mail, postage prepaid, on this 22nd day of September, 2015.


ERIC E. HOLM
BEN T. SATHER
SATHER & HOLM, PLLC
P.O. BOX 22916
BILLINGS, MT  59104

MARY HURLEY STEWART
HUSCH BLACKWELL
1700 LINCOLN ST., SUITE 4700
DENVER, CO  80203


*Annah Howard*
Annah Howard, Legal Secretary
Montana Human Rights Bureau

SVH 1196

Exhibit P

3