```
                                           October 14, 2014, 12:36
                                                         PAGE    1
  NH  ████████████████              SG-SSA-16
```

```
                                    ------------------------------
                                    : UNIT: DABRIB        :
                                    :                     :
                                    :                     :
                                    :                     :
                                    :                     :
                                    :                     :
                                    :                     :
                                    ------------------------------
```

ROXANNA KAY JACKSON
PO BOX 823
BILLINGS MT 59101


APPLICATION SUMMARY FOR DISABILITY INSURANCE BENEFITS

On October 14, 2014, we talked with you and completed your application for
SOCIAL SECURITY BENEFITS. We stored this information electronically in our
records. We are enclosing a summary of your statements.

I APPLY FOR A PERIOD OF DISABILITY AND/OR ALL INSURANCE BENEFITS FOR WHICH I AM
ELIGIBLE UNDER TITLE II AND PART A OF TITLE XVIII OF THE SOCIAL SECURITY ACT,
AS PRESENTLY AMENDED.

MY NAME IS ROXANNA KAY JACKSON.

MY SOCIAL SECURITY NUMBER IS ████████████████

MY DATE OF BIRTH IS ████████████████

I AM A CITIZEN OF THE UNITED STATES.

I BECAME UNABLE TO WORK BECAUSE OF MY DISABLING CONDITION ON August 26, 2014.

I AM STILL DISABLED.

NO PREVIOUS APPLICATION HAS BEEN FILED WITH THE SOCIAL SECURITY ADMINISTRATION
BY OR FOR ME.

I HAVE FILED OR INTEND TO FILE FOR SSI.

I HAVE NOT FILED NOR DO I INTEND TO FILE FOR ANY WORKERS' COMPENSATION, PUBLIC
DISABILITY OR BLACK LUNG BENEFITS.

I AM NOT ENTITLED TO NOR DO I EXPECT TO BECOME ENTITLED TO A PENSION OR ANNUITY
BASED IN WHOLE OR IN PART ON WORK AFTER 1956 NOT COVERED BY SOCIAL SECURITY.

THE SOCIAL SECURITY ADMINISTRATION AND THE STATE AGENCY REVIEWING MY CLAIM DO
HAVE MY PERMISSION TO CONTACT MY EMPLOYER(S).

I NEVER MARRIED OR I HAD NO PREVIOUS MARRIAGES THAT LASTED 10 YEARS OR MORE OR
ENDED IN DEATH.

RJ000565

Exhibit Q
1

October 14, 2014, 12:36
PAGE   2

NH ████

SG-SSA-16

I DO NOT HAVE ANY CHILDREN UNDER AGE 18; AGE 18-19 ATTENDING ELEMENTARY OR
SECONDARY SCHOOL FULL TIME; OR AGE 18 OR OVER AND DISABLED BEFORE AGE 22 WHO
MAY BE ELIGIBLE FOR SOCIAL SECURITY BENEFITS ON THIS RECORD. THIS INCLUDES
CHILDREN WHO MAY OR MAY NOT BE LIVING WITH ME.

REMARKS:
I HAVE REVIEWED MY EARNINGS RECORD AND IT IS POSTED CORRECTLY TO THE BEST
OF MY KNOWLEDGE.

I KNOW THAT ANYONE WHO MAKES OR CAUSES TO BE MADE A FALSE STATEMENT OR
REPRESENTATION OF MATERIAL FACT IN AN APPLICATION OR FOR USE IN DETERMINING A
RIGHT TO PAYMENT UNDER THE SOCIAL SECURITY ACT COMMITS A CRIME PUNISHABLE UNDER
FEDERAL LAW BY FINE, IMPRISONMENT OR BOTH. I AFFIRM THAT ALL INFORMATION I HAVE
GIVEN IN CONNECTION WITH THIS CLAIM IS TRUE.

MY TELEPHONE NUMBER IS ( 406) 927-2776.

RJ000566

Exhibit Q
2

October 14, 2014, 12:36
PAGE    3

NH ▮▮▮▮▮▮▮▮                                SG-SSA-16

SOCIAL SECURITY ADMINISTRATION
IMPORTANT INFORMATION


RECEIPT FOR YOUR CLAIM FOR SOCIAL SECURITY DISABILITY INSURANCE BENEFITS




        ROXANNA KAY JACKSON
        PO BOX 823
        BILLINGS MT 59101

YOUR APPLICATION FOR SOCIAL SECURITY BENEFITS HAS BEEN RECEIVED AND WILL BE
PROCESSED AS QUICKLY AS POSSIBLE.

YOU SHOULD HEAR FROM US WITHIN __ DAYS AFTER YOU HAVE GIVEN US ALL THE
INFORMATION WE REQUESTED. SOME CLAIMS MAY TAKE LONGER IF ADDITIONAL INFORMATION
IS NEEDED.

IN THE MEANTIME, IF YOU CHANGE YOUR ADDRESS, OR IF THERE IS SOME OTHER CHANGE
THAT MAY AFFECT YOUR CLAIM, YOU - OR SOMEONE FOR YOU - SHOULD REPORT THE
CHANGE.

We are providing the attached application for your records.

We stored your application information electronically so there is no reason for
us to retain a paper copy of your application.

IMPORTANT REMINDER

Penalty of Perjury

You declared under penalty of perjury that you examined all the information on
this form and it is true and correct to the best of your knowledge. You were
told that you could be liable under law for providing false information.

THE TELEPHONE NUMBERS TO CALL IF YOU HAVE A QUESTION OR SOMETHING TO REPORT
ARE:

        BEFORE YOU RECEIVE A NOTICE ABOUT YOUR CLAIM:

        AFTER YOU RECEIVE A NOTICE ABOUT YOUR CLAIM:

SOCIAL SECURITY INFORMATION IS ALSO AVAILABLE TO INTERNET USERS AT
WWW.SOCIALSECURITY.GOV.

What You Need To Do

    o  Review the summary to make sure we recorded your statements correctly.

    o  If you agree with all your statements, you may keep the information for
       your records.

RJ000567

Exhibit Q
3

October 14, 2014, 12:36
PAGE   4

NH ▮▮▮▮▮▮▮▮▮▮▮                                          SG-SSA-16

o   If you disagree with any of your statements, please contact us within 10
    days after receiving this notice to let us know.

ALWAYS GIVE US YOUR CLAIM NUMBER WHEN WRITING OR TELEPHONING ABOUT YOUR
CLAIM. IF YOU HAVE ANY QUESTIONS ABOUT YOUR CLAIM, WE WILL BE GLAD TO
HELP YOU.

WE ARE RETURNING ANY DOCUMENT(S) YOU MAY HAVE SUBMITTED WITH YOUR APPLICATION.

                    HELPFUL HEALTH CARE WEBSITES

Health Information

The U.S. Department of Health and Human Services provides information on many
health topics at www.healthfinder.gov on the Internet. You may wish to visit
that site to review that information, which may be helpful to you.

Prescription Drug Assistance Programs

You may be able to get help paying for prescription drugs. To find out what
programs are offered by drug companies, state and local governments, and local
organizations, please visit www.healthfinder.gov/rxdrug on the Internet.

CLAIMANT                              SOCIAL SECURITY CLAIM NO.
ROXANNA K JACKSON                     ▮▮▮▮▮▮▮▮▮▮▮

RJ000568

Exhibit Q
4

October 14, 2014, 12:39
PAGE    1

CLAIMANT:    ███████████    ROXANNA KAY JACKSON

ROXANNA KAY JACKSON
PO BOX 823
BILLINGS, MT 59101

APPLICATION SUMMARY FOR SUPPLEMENTAL SECURITY INCOME

On October 14, 2014, you applied for Supplemental Security Income and any federally administered State supplementation under title XVI of the Social Security Act, for benefits under the other programs administered by the Social Security Administration, and where applicable, for medical assistance under title XIX of the Social Security Act. We have stored your application electronically in our records.

What You Need To Do

   o   Review this summary to ensure we recorded your statements correctly.

   o   If you agree with all your statements, you should keep this summary for your records.

   o   If you disagree with any of your statements, you should contact us within 10 days after receiving this summary to let us know.

o   IDENTIFICATION

   My name is ROXANNA KAY JACKSON. My social security number is ███████████.

   My date of birth is ███████████.

   I have not used any other name or social security number(s).

   I am not blind.

   I am disabled. My disability began on August 26, 2014.

   I was not disabled prior to age 22.

   I never was married.

o   FUGITIVE FELON AND PAROLE OR PROBATION VIOLATION INFORMATION

   The following statements describe my fugitive felon/parole or probation violator status as of August 26, 2014.

      I have not been accused or convicted of a felony or an attempt to commit a felony.

RJ000569

October 14, 2014, 12:39
PAGE   2

CLAIMANT:    ███████    ROXANNA KAY JACKSON

I am not on parole or probation under Federal or State law.

o LIVING ARRANGEMENTS

The following statements describe my living arrangements as of August 1, 2014.

I began living at PO BOX 823, BILLINGS, MT 59101 on August 1, 2014.

I live in a house/apartment/mobile home/houseboat.

o RESOURCES

This report of resources is valid for any and all SSI claims in which I am involved.

I own the following from August 1, 2014 to continuing:

Mutual fund:

Value: $5,000.00 From: August 2014 To: continuing

I do not own any other type of resource.

o ELIGIBILITY FOR OTHER BENEFITS

I do not currently get food stamps.

I do not want to apply for food stamps at the SSA office.

o MEDICAID

You may be eligible for Medicaid. However, you must help your State identify other sources that may pay for medical care. Also, you must give information to help the State get medical support for any child(ren) who are your legal responsibility. This includes information to help the State determine who a child's father is.

If you want Medicaid, you must agree to allow your State to seek payments from sources, such as insurance companies, that are available to pay for your medical care. This includes payments for medical care for you or any person who receives Medicaid and is your legal responsibility. The State cannot provide you Medicaid if you do not agree to this Medicaid requirement. If you need further information, you may contact your Medicaid agency.

o MEDICAL ASSISTANCE

I agree that any payments from sources responsible for paying for medical care will go to the State if Medicaid already has paid for this care.

I have health insurance that pays towards the cost of my medical care.

IMPORTANT REMINDER

Penalty of Perjury

RJ000570

Exhibit Q
6

October 14, 2014, 12:39
PAGE    3

CLAIMANT:    ████████████    ROXANNA KAY JACKSON

You declared under penalty of perjury that all the information on this summary is true and correct to the best of your knowledge. Anyone who knowingly gives a false or misleading statement about a material fact in an application, or causes someone else to do so, commits a crime and may be sent to prison or may face other penalties, or both.

IMPORTANT INFORMATION--PLEASE READ CAREFULLY

We will check your statements and compare our records with records from other State and Federal agencies, including the Internal Revenue Service.

If you have a question or something to report, call 866-895-1795 and ask for ANY REP. If you call or visit our office, please have this summary with you. For general information about Social Security, visit our web site at www.socialsecurity.gov on the Internet.

You may visit or write to the Social Security Office at:

SOCIAL SECURITY
ROOM 100
2900 4TH AVE N
BILLINGS MT 59101

We will process this application for Supplemental Security Income as quickly as possible. You should hear from us within 90 to 120 days. If you do not hear from us by then, please get in touch with us.

Always give the Social Security number when writing or telephoning about this claim. If you have any questions about this claim, we will be glad to help you.

HELPFUL HEALTH CARE WEBSITES

Health Information

The U.S. Department of Health and Human Services provides information on many health topics at www.healthfinder.gov on the Internet. You may wish to visit that site to review that information, which may be helpful to you.

Prescription Drug Assistance Programs

You may be able to get help paying for prescription drugs. To find out what programs are offered by drug companies, state and local governments, and local organizations, please visit www.healthfinder.gov/rxdrug on the Internet.

RJ000571

Exhibit Q

7

CLAIMANT:        ROXANNA KAY JACKSON

PRIVACY ACT STATEMENT

Collection and Use of Personal Information

Section 1631(e) of the Social Security Act, as amended, authorizes us to collect this information. The information you provide us will be used to enable the Social Security Administration to determine if you are eligible for Supplemental Security Income (SSI) payments.

The information you furnish on this form is voluntary. However, failure to provide the requested information may keep us from making an accurate and timely decision on your claim, which in turn may result in loss of some payments.

We rarely use the information you supply for any purpose other than for determining eligibility for SSI. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, which include but are not limited to the following:

1. To enable a third party or an agency to assist Social Security in establishing rights to Social Security benefits and/or coverage;

2. To comply with Federal Laws requiring the release of information from Social Security records (e.g., to the Government Accountability Office and Department of Veterans Affairs);

3. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and

4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of Social Security programs.

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. Information from these matching programs can be used to establish or verify a person's eligibility for Federally funded or administered benefit programs and for repayment of payments or delinquent debts under these programs.

Complete lists of routine uses for this information are available in System of Records Notice 60-0103, Supplemental Security Income Record and Special Veterans Benefits, and also in System of Record Notice 60-0089, Claims Folder Systems. The Notices, additional information regarding this form, and information regarding our systems and programs, are available on-line at www.socialsecurity.gov or at your local Social Security office.

RJ000572

Exhibit Q
8

CLAIMANT:    ROXANNA KAY JACKSON

October 14, 2014, 12:39
PAGE   5

Paperwork Reduction Act Statement

This information collection meets the requirements of 44 U.S.C. 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 18-19 minutes to read the instructions, gather the facts, and answer the questions. SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. The office is listed under U.S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778). You may send comments on our time estimate above to: SSA, 6401 Security Blvd, Baltimore, MD 21235-6401. Send only comments relating to our time estimate to this address, not the completed form.

RJ000573

Exhibit Q
9