Eric Edward Nord
CRIST, KROGH & NORD, PLLC
The Securities Building
2708 Second Avenue North, Suite 300
Billings, MT 59101
Telephone: (406) 255-0400
Facsimile: (406) 255-0697
Email: enord@cristlaw.com

Emma L. Savory
HUSCH BLACKWELL LLP
1700 Lincoln St., Suite 4700
Denver, CO 80203
Telephone: (303) 749-7200
Facsimile: (303) 749-7272
Email: emma.savory@huschblackwell.com

Attorneys for Defendant St. Vincent Healthcare

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ROXANNA JACKSON, <br><br> Plaintiff, <br><br> vs. <br><br> ST. VINCENT HEALTHCARE, <br><br> Defendant. | Cause No. CV-15-115-SPW <br><br> **DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST COMBINED DISCOVERY REQUESTS TO DEFENDANT** |

Defendant, St. Vincent Healthcare ("Defendant" or "St. Vincent") submits

the following Responses to Plaintiff's First Combined Discovery Requests to

Defendant.

DEN-96977-3

**EXHIBIT**

**J**

**ANSWER:** Over the course of the five years prior to the termination of her employment, Plaintiff was enrolled in a medical insurance plan, dental insurance plan, vision insurance plan, accidental death and dismemberment insurance, life insurance and supplemental life insurance plans. Please see the documents produced at Bates SVH 0194-281 for the monetary values for each benefit. The documents contain "other ded" and "cpy ded" notations. The amount under the "other ded" column is the amount that Plaintiff paid for each benefit. The amount under the "cpy ded" is the amount Defendant paid for each benefit. Please see documents at Bates SVH 0194-281.

**INTERROGATORY NO. 7:**  Please list and describe each bonus or increase in pay Roxanna Jackson received from Defendant for the five years prior to her termination from employment.

**ANSWER:** Beginning on May 3, 2009 and until February 6, 2010, Plaintiff's hourly rate was $14.52. On February 7, 2010, Plaintiff's hourly rate increased to $15.25. On November 13, 2011, Plaintiff's hourly rate increased to $15.56. On July 8, 2012, Plaintiff's hourly rate increased to $15.71. On March 31, 2013, Plaintiff's hourly rate increased to $16.02. On March 30, 2014, Plaintiff's hourly rate increase to $16.22. In 2009, Plaintiff received a "longevity" bonus of $54.40. In 2012, Plaintiff received a "lump sum" bonus of $456.19.

Dated this 19th day of May, 2016.

CRIST, KROGH & NORD, PLLC

By: /s/ Eric Edward Nord
    Eric Edward Nord

HUSCH BLACKWELL LLP

By: /s/ Emma L. Savory
    Emma L. Savory

Attorneys for Defendant St. Vincent
Healthcare

17

## VERIFICATION

STATE OF Montana ) 
) ss. 
COUNTY OF Yellowstone )

The below named person, being duly sworn on oath states that she has read the foregoing Interrogatories contained in Plaintiff's First Combined Discovery Requests to Defendant and the answers given are true to the best of affiant's knowledge and belief.

_Kathy Smith_
SIGNATURE

_Kathy Smith_
PRINTED NAME

_Director Human Resources_
TITLE

The foregoing answers to Interrogatories contained in Plaintiff's First Combined Discovery Requests to Defendant were subscribed and sworn to before me this 20 day of May, 2016.

My Commission Expires:

_June 17, 2016_

Notary Public

JAN OSBORNE
NOTARIAL SEAL
STATE OF MONTANA

JAN OSBORNE
NOTARY PUBLIC for the
State of Montana
Residing at Billings, Montana
My Commission Expires
June 17, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of May, 2016, a copy of the foregoing **DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST COMBINED DISCOVERY REQUESTS TO DEFENDANT** was served on the following persons by the following means:

| | |
|---|---|
| _____ | CM/ECF |
| _____ | Hand Delivery |
| _____ | Mail |
| ____X____ | Overnight Delivery Service –Federal Express |
| _____ | Fax |
| _____ | E-Mail |

1.   Eric E. Holm
     Sather & Holm, PLLC
     2301 Montana Ave., Ste. 202
     P.O. Box 1115
     Billings, MT 59103
     eric@satherandholm.com

*Emma Savory*
Emma Savory