Eric Edward Nord
CRIST, KROGH & NORD, PLLC
The Securities Building
2708 Second Avenue North, Suite 300
Billings, MT 59101
Telephone: (406) 255-0400
Facsimile: (406) 255-0697
Email: enord@cristlaw.com

Emma L. Savory
HUSCH BLACKWELL LLP
1700 Lincoln St., Suite 4700
Denver, CO 80203
Telephone: (303) 749-7200
Facsimile: (303) 749-7272
Email: emma.savory@huschblackwell.com

*Attorneys for Defendant St. Vincent Healthcare*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| ROXANNA JACKSON, | Cause No. CV-15-115-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT'S RESPONSES TO PLAINTIFF'S THIRD COMBINED DISCOVERY REQUESTS TO DEFENDANT** |
| ST. VINCENT HEALTHCARE, | |
| Defendant. | |

Defendant, St. Vincent Healthcare ("Defendant" or "St. Vincent") submits the following Responses to Plaintiff's Third Combined Discovery Requests to Defendant.

DEN-109266-2


EXHIBIT
K

**REQUEST FOR ADMISSION NO. 2**: Please admit that employers should maintain a workplace free of discrimination.

**ANSWER:** Defendant objects to Request for Admission No. 2 on the grounds that it is vague and ambiguous. Defendant further objects to Request for Admission No. 2 on the grounds that is calls for a legal conclusion. Subject to and without waiving these objections, Defendant denies Request for Admission No. 2 and states that employers should act in accordance with the applicable law.

**REQUEST FOR ADMISSION NO. 3:** Please admit that employers should make every possible effort to prevent discrimination from happening in the workplace.

**ANSWER:** Defendant objects to Request for Admission No. 3 on the grounds that it is vague and ambiguous. Defendant further objects to Request for Admission No. 3 on the grounds that is calls for a legal conclusion. Subject to and without waiving these objections, Defendant denies Request for Admission No. 3 and states that employers should act in accordance with the applicable law.

**REQUEST FOR ADMISSION NO. 4:** Please admit that all members of management in a workplace should share the responsibility of ensuring that discrimination does not occur.

**ANSWER**: Defendant objects to Request for Admission No. 4 on the grounds that it is vague and ambiguous. Defendant further objects to Request for

Admission No. 4 on the grounds that is calls for a legal conclusion. Subject to and without waiving these objections, Defendant denies Request for Admission No. 4 and states that employers should act in accordance with the applicable law.

**REQUEST FOR ADMISSION NO. 5**: Please admit that all employees of a workplace should share the responsibility of ensuring that discrimination does not occur.

**ANSWER**: Defendant objects to Request for Admission No. 5 on the grounds that it is vague and ambiguous. Defendant further objects to Request for Admission No. 5 on the grounds that is calls for a legal conclusion. Subject to and without waiving these objections, Defendant denies Request for Admission No. 5 and states that employers should act in accordance with the applicable law.

**REQUEST FOR ADMISSION NO. 6:** Please admit that all employees have the right to work in an environment free of discrimination.

**ANSWER**: Defendant objects to Request for Admission No. 6 on the grounds that it is vague and ambiguous. Defendant further objects to Request for Admission No. 6 on the grounds that is calls for a legal conclusion. Subject to and without waiving these objections, Defendant denies Request for Admission No. 6 and states that employees should act in accordance with the applicable law.

**REQUEST FOR ADMISSION NO. 7**: Please admit that employers should make their employees comfortable so they can work in an environment free of discrimination.

**ANSWER**: Defendant objects to Request for Admission No. 7 on the grounds that it is vague and ambiguous. Defendant further objects to Request for Admission No. 7 on the grounds that is calls for a legal conclusion. Subject to and without waiving these objections, Defendant denies Request for Admission No. 7 and states that employers should act in accordance with the applicable law.

**REQUEST FOR ADMISSION NO. 8**: Please admit that all employers who know or should know that discrimination is happening should immediately stop it.

**ANSWER**: Defendant objects to Request for Admission No. 8 on the grounds that it is vague and ambiguous. Defendant further objects to Request for Admission No. 8 on the grounds that is calls for a legal conclusion. Subject to and without waiving these objections, Defendant denies Request for Admission No. 8 and states that employers should act in accordance with the applicable law.

**REQUEST FOR ADMISSION NO. 9**: Please admit that an employer should not fire an employee because she has a disability.

**ANSWER**: Defendant objects to Request for Admission No. 9 on the grounds that it is vague and ambiguous. Defendant further objects to Request for

DEN-109266-2                                        6

Admission No. 9 on the grounds that is calls for a legal conclusion.  Subject to and without waiving these objections, Defendant denies Request for Admission No. 9 and states that employers should act in accordance with the applicable law.

**REQUEST FOR ADMISSION NO. 10**: Please admit that St. Vincent Healthcare is dedicated to improving communities.

**ANSWER**:  Deny as stated.  St. Vincent's website states that "St. Vincent Healthcare's mission is to reveal and foster God's healing love by improving the health of the people and communities [it] serves, especially those who are poor and vulnerable."

**REQUEST FOR ADMISSION NO. 11**: Please admit that St. Vincent Healthcare is dedicated to helping individuals, especially those who are poor or vulnerable.

**ANSWER**: Deny as stated.  St. Vincent's website states that "St. Vincent Healthcare's mission is to reveal and foster God's healing love by improving the health of the people and communities [it] serves, especially those who are poor and vulnerable."

**REQUEST FOR ADMISSION NO. 12**: Please admit that an employer should treat all employees with dignity, respect, and courtesy.

**ANSWER**: Defendant objects to Request for Admission No. 12 on the grounds that it is vague and ambiguous.  Defendant further objects to Request for

Admission No. 12 on the grounds that is calls for a legal conclusion. Subject to and without waiving these objections, Defendant denies Request for Admission No. 12 and states that employers should act in accordance with the applicable law.

**REQUEST FOR ADMISSION NO. 13**: Please admit that St. Vincent Healthcare's eagerness to serve others is reflected in its words, its expressions, and – most of all – in its actions.

**ANSWER**: Deny as stated. St. Vincent's website states "Our eagerness to serve others is reflected in our words, our expressions and most of all – in our actions."

**REQUEST FOR ADMISSION NO. 14**: Please admit that St. Vincent Healthcare recognizes the sacred worth and dignity of each person.

**ANSWER**: Deny as stated. St. Vincent's website states "At St. Vincent, we recognize the sacred worth and dignity of each person."

**REQUEST FOR ADMISSION NO. 15**: Please admit that St. Vincent Healthcare believes the diversity of its employees allows it to serve all patients with dignity and respect and that embracing those characteristics that make us different from one another is part of God's vision for a unique, yet unified ministry of healing and hope.

**ANSWER**: Deny as stated. St. Vincent's website states that "The diversity of our employees, our physicians and our community allow us to serve all patients

DEN-109266-2                                    8

with dignity and respect. Embracing those characteristics that make us different from one another is part of God's vision for a unique, yet unified ministry of healing and hope."

**REQUEST FOR ADMISSION NO. 16**: Please admit that St. Vincent Healthcare acknowledges and respects diversity by appropriately responding to each individual.

**ANSWER**: Deny as stated. St. Vincent's website states that "We acknowledge and respect diversity by appropriately responding to each individual."

**REQUEST FOR ADMISSION NO. 17**: Please admit that St. Vincent Healthcare does the right thing with openness and pride.

**ANSWER**: Deny as stated. St. Vincent's policy titled "Core Values & Service Behaviors" states: "We promote doing the right thing with openness and pride." St. Vincent's website also states "INTEGRITY – We do the right thing with openness and pride."

**REQUEST FOR ADMISSION NO. 18**: Please admit that St. Vincent Healthcare creates joyful and welcoming environments.

**ANSWER**: Deny as stated. St. Vincent's policy titled "Core Values & Service Behaviors" states: "We create joyful and welcoming environments." St.

DEN-109266-2                                    9

**ANSWER**: St. Vincent denies that it is covered by the Montana Human Rights Act for the purposes of this case because St. Vincent is not an "employer" as defined by the Montana Human Rights Act.

**REQUEST FOR ADMISSION NO. 33**: Please admit that an employer should enforce its policies and procedures consistently among all employees who are subject to those policies and procedures.

**ANSWER**: Defendant objects to Request for Admission No. 33 on the grounds that it is vague and ambiguous. Defendant further objects to Request for Admission No. 33 on the grounds that is calls for a legal conclusion. Subject to and without waiving these objections, Defendant denies Request for Admission No. 33 and states that employers should act in accordance with the applicable law.

**INTERROGATORY NO. 13**: If your answers to any of the preceding Request for Admission are anything other than an unqualified admission, please state each and every reason for your answer.

**ANSWER**: Please see Request for Admissions Nos. 1-33 and the responses included herein.

Dated this 26 day of August, 2016.

CRIST, KROGH & NORD, PLLC


By: */s/ Eric Edward Nord*
   Eric Edward Nord


HUSCH BLACKWELL LLP


By: */s/ Emma L. Savory*
   Emma L. Savory

*Attorneys for Defendant St. Vincent
Healthcare*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of August, 2016, a copy of the foregoing **DEFENDANT'S RESPONSES TO PLAINTIFF'S THIRD COMBINED DISCOVERY REQUESTS TO DEFENDANT** was served on the following persons by the following means:

| | |
|---|---|
| _____ | CM/ECF |
| _____ | Hand Delivery |
| 1_____ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| 1_____ | E-Mail |

1.  Eric E. Holm
    Sather & Holm, PLLC
    2301 Montana Ave., Ste. 202
    P.O. Box 1115
    Billings, MT 59103
    eric@satherandholm.com

By:  _/s/ Terri Khan_____
     Legal Support Team Specialist

DEN-109266-2                                    17

## VERIFICATION

STATE OF Montana )

) ss.

COUNTY OF Yellowstone )

The below named person, being duly sworn on oath states that she has read the foregoing Interrogatory contained in Plaintiff's Third Combined Discovery Requests to Defendant and the answer given is true to the best of affiant's knowledge and belief.

Kathy Smith
SIGNATURE

Kathy Smith
PRINTED NAME

Director Human Resources
TITLE

The foregoing answer to the Interrogatory contained in Plaintiff's Third Combined Discovery Requests to Defendant were subscribed and sworn to before me this 25 day of August, 2016.

Notary Public

My Commission Expires:

Sept 17, 2020

JAN OSBORNE
NOTARY PUBLIC for the
State of Montana
Residing at Billings, Montana
My Commission Expires
June 17, 2020