Exhibit No. 1
Deponent: R. Jackson
Date: 4/22/16 RPR: AR
Mile High Court Reporting

 Sisters of Charity of Leavenworth Health System

### St. Vincent Healthcare Job Description

**Position Title** Instrument Tech (non certified)     **Position Number** 4111
**Department Name** Central Processing     **Department Number** 55091
**Date Description Written or Revised** 07/2006     **Status** Non-Exempt

This position requires the full understanding and active participation in fulfilling the Mission and Values of St. Vincent Healthcare. It is expected that the employee will demonstrate behavior consistent with the Core Values:

**Respect**-We accept all persons as created in the image of God
**Excellence**-We focus on high standards of service, performance, and proficiency
**Wholeness**- We attend to the needs of body, mind, and spirit
**Stewardship**- We utilize talents and resources in a wise, just, prudent and collaborative manner
**Response to Need**- We offer health care based on community need, with special concern for the poor, through partnerships with physicians, employees and community
The employee shall support St. Vincent Healthcare goals, and direction of the quality improvement process.

---

**Position Summary**
In this position, the Instrument Tech assists in disassembling, cleaning, disinfecting, sterilizing and/or storing procedure trays, surgical trays and equipment and also assembles case carts and fills the needs of the OR for supplies and instruments.

**Essential Duties and Responsibilities**
**Sterilization and Instrument Responsibilities**
- Disassembles carts and follows Universal Precaution for decontamination
- Sterilizes equipment and instruments, wraps clean supplies and instruments, maintains records for all instruments and transports sterilized items back to the floor
- Assembles instruments and rechecks all instruments for cleanliness and/or impairment and properly checks power equipment with use of nitrogen
- Takes measures to allow for easy instrument tracking including maintaining the color coding tape on all instruments, properly using the instrument engraver, reporting and documenting all missing instrument and implants replaced in trays and properly handles loaner instrument tray
- Inventories and communicates the implant and equipment inventory status with the C.P. staff and the O.R. Charge Nurse including current order status, back orders and/or changes
- Appropriately responds to emergency situations by making sure that all emergency, trauma and add-on cases are picked properly and sent to the O.R. in a timely manner. Remains knowledgeable in the proper procedure to follow during a cardiac arrest in the O.R

---

A review of this description has excluded the marginal function of the position that are incidental to the performance of fundamental job duties. This job description in no way states or implies that these are the only duties to be performed by the employee occupying this position. Employees will be required to follow any other job-related instructions and to perform another job-related duties requested by their supervisor in accordance with regulatory, legal, and organizational policies and procedures.

**Education, Experience and Licensure/Certification Requirements** Requirements are representative of the minimum level of knowledge, skills and/or abilities necessary to perform the essential functions of the position
1. High School Diploma or equivalent
2. Ability to communicate effectively and diplomatically within a multi-functional team
3. Strong organizational skills and attention to detail
4. Ability to successfully function in a fast paced, service oriented environment
5. Experience in understanding and usage of computers, including the Microsoft Office suite, as well as the ability to learn applications relevant to the position

**Reporting Relationship:** Central Processing Supervisor, Director of Surgical Services

SVH 0045

EXHIBIT
L-1
tabbies

**Employees Supervised:** None

**Department Age Specific Requirements** Participates in patient care for the following age groups:
☑ Nonage Specific Task (N/A)

☐ Neonate/Infant (0mnth-1yr)    ☐ Toddler (1yr-3yr) ☐ Preschool (3yr-6yr) ☐ School Age (6yr-12yr)

☐ Adolescent (13yr-18yr) ☐ Early Adult (19yr-45 yr) ☐ Late Adult (45yr-64 yr) ☐ Geriatric (65yr+)

**Physical Demands**
Checked are the physical requirements that apply to this position
☐ Sedentary-Primarily sitting/lifting 10 lbs maximum

☐ Light-Lifting 20 lbs maximum with frequent lifting/carrying up to 10 lbs

☑ Medium-Lifting 50 lbs maximum with frequent lifting/carrying up to 20 lbs

☐ Heavy-Lifting 100 lbs maximum with frequent lifting/carrying up to 50 lbs

☐ Very Heavy-Lifting objects over 100 lbs with frequent lifting/carrying up to 50 lbs

Checked are the appropriate factors for this position
Occasionally     0-33% of the work shift
Frequently       34-66% of the work shift
Constantly       67-100% of the work shift
N/A              Not Applicable for this position

| Physical Factors | N/A | Occasionally | Frequently | Constantly |
|---|---|---|---|---|
| Standing | ☐ | ☐ | ☑ | ☐ |
| Walking | ☐ | ☑ | ☐ | ☐ |
| Sitting | ☐ | ☑ | ☐ | ☐ |
| Pushing (wt 100+) | ☐ | ☑ | ☐ | ☐ |
| Pulling (wt 100+) | ☐ | ☑ | ☐ | ☐ |
| Stooping | ☐ | ☑ | ☐ | ☐ |
| Kneeling | ☑ | ☐ | ☐ | ☐ |
| Crouching | ☑ | ☐ | ☐ | ☐ |
| Reaching | ☐ | ☐ | ☐ | ☐ |
| Filing | ☑ | ☐ | ☑ | ☐ |
| Typing (Computer) | ☐ | ☑ | ☐ | ☐ |
| Xeroxing (Copying) | ☑ | ☐ | ☐ | ☐ |
| Talking | ☐ | ☐ | ☑ | ☐ |
| Hearing | ☐ | ☐ | ☑ | ☐ |
| · Color Vision | ☐ | ☐ | ☑ | ☐ |
| Driving | ☑ | ☐ | ☐ | ☐ |
| **Environmental Factors** | | | | |
| Exposure to Weather | ☑ | ☐ | ☐ | ☐ |
| Extreme Heat | ☐ | ☐ | ☑ | ☐ |
| Extreme Cold | ☑ | ☐ | ☐ | ☐ |
| Noise | ☐ | ☐ | ☑ | ☐ |
| Dust, Vapors, Fumes | ☐ | ☑ | ☑ | ☐ |
| Odors | ☐ | ☑ | ☐ | ☐ |

**Bloodborne Pathogens** Checked is the appropriate category for position
☑ Category I - Job classification in which tasks involve exposure to blood, body fluids or tissue

SVH 0046

☐ Category II - Job classification in which tasks involve no exposure to blood, body fluids or tissue but employment may require performing unplanned Category I tasks

☐ Category III - Job classification in which tasks involve no exposure to blood, body fluids or tissues and Category tasks are not a condition of employment

**Protective Equipment** Checked is the equipment that may be required to be worn in this position
☐ Not Applicable

☐ Hearing Protection    ☑ Gloves    ☑ Goggles    ☑ Safety Glasses    ☑ Face Shields

☑ Face Masks-Surgical, N95, Respirator    ☑ Moisture Resistant-Gown/Lab Coat

I have read the position description and I can meet all the requirements for this position. I acknowledge that these duties and responsibilities may change at any time with notification.

_____        _____
Employee's Signature                                    Date

SVH 0047