Exhibit No. 2
Deponent: R. Jackson
Date: 6/22/16 RPR: AR
Mile High Court Reporting



## SCL Health System

*Sisters of Charity of Leavenworth Health System*

SVPN - North Shiloh
2223 Mission Way
Billings MT 59102-0160
Phone: 406-237-8989
Fax: 406-237-8990

October 16, 2013

Roxanna K Jackson
Po Box 823
Billings MT 59103

To whom it may concern,

This patient has been classified as special needs and may require additional time to learn and perform certain tasks. She also is a diabetic with a heart condition. Please consider this when performing job evaluations.

Sincerely,

William L Phillips, DO
10/16/2013, 7:21 AM

State of MT
County of Yellowstone

I certify this to be a correct + true copy of letter from William L. Phillips DO. made by me on 10/21/2013.

BRENDA L. NAGEL
NOTARY PUBLIC for the
State of Montana
Residing at Billings, Montana
My Commission Expires
August 30, 2017

RE: Jackson, Roxanna -- MR#: V00001141

Page 1 of 1

SVH 0651

**EXHIBIT**

L-2