Exhibit No. 3
Deponent: R. Jackson
Date: 4/22/16 RPR: AC
Mile High Court Reporting



## SAINT VINCENT BEHAVIORAL HEALTH CLINIC
## PSYCHOLOGICAL EVALUATION

PATIENT: Jackson, Roxanna
DATE: 11/14/2013                    PROVIDER: DAVID R. GUMM, Ph.D.
BIRTH DATE: ██████████

REASON FOR REFERRAL:   The patient was seen for evaluation of her current level of psychological and intellectual functioning.

TESTS ADMINISTERED:  Clinical interview, Wechsler Adult Intelligence Scale-IV, California Verbal Learning Test-II.

BACKGROUND:  The patient stated that she is having some challenges at work. She has worked in Central Processing at St. Vincent Healthcare for 36 years.  Her job is to prepare surgical instruments for the surgery suite. She admits that she is not always the quickest to complete instrument sterilization. For example, if one person can sterilize five sets of instruments, she might be able to sterilize 3-1/2 in the same time frame. She notes that while she might be slower to perform the job duties, she makes less mistakes.  She notes that when she does try to go faster she does tend to be more mistake-prone.

The patient also notes that some of the difficulties are in part associated with having a new manager for Central Processing. She feels that she is not trusted on the worksite. Apparently, there have been some open conflicts that have become quite loud with the new manager.

As to her emotional functioning, she does feel somewhat down and blue. She associates her mood to her current work environment.  She does at times feel worthless.  She has never had any suicidal thoughts, plans or intention.  She describes her relationship with her coworkers as "so-so," and stated that they do not socialize outside of work. She does feel that she is at times treated poorly by her coworkers. She feels that at times she is looked down upon by her coworkers. She is very committed to wanting to continue with her work. The patient stated that she is somewhat of a worrier. Worry can leave her feeling tight and tense.  She notes that work-related stress has been causing some headaches lately. Her sleep is good. She does have sleep apnea but uses CPAP and awakens feeling rested most mornings.  Her appetite is good and she enjoys her food when she eats it.

As to her cognitive functioning she stated that she was involved with special education throughout her schooling.  Reading and spelling are difficult for her.  She notes no recent change in her cognitive abilities.  She stated that she is able to learn although she feels it does take her longer than other people. Once she has learned something, she feels that she has good long-term memory.  For example, she stated that coworkers will come to her to find out information on events that happened many years ago at work. She acknowledges that her concentration and attention are "not great." She admits that at times her mind can wander.

As to her overall health, she has high blood pressure and diabetes. She has arthritis. She is treated for sleep apnea with the CPAP machine.  The patient had a hysterectomy in 2004.

SVH 0085

EXHIBIT
tabbies
L-3

Page 2
PATIENT:  Jackson, Roxanna
DATE:   11/14/2013                          PROVIDER: DAVID R. GUMM, Ph.D.
BIRTH DATE: █████████

The patient was born in Billings, Montana. The patient stated that she had one seizure at age 6. Her parents divorced when she was 3 years old. She has one full brother and one half-brother from her father's remarriage. She also has a stepbrother. She stated that her father has been married 4 times. She was raised primarily by her mother. Her mother passed away in 1988 from cancer and heart disease. Her father died in 1977 and he passed in his sleep. The patient stated that she graduated from high school but had always been in special education. She stated that while in high school, half of her time was spent in special education classes and half on vocational training.

For work, the patient worked at the Billings Clinic in the kitchen for approximately 4 years. For the past 36 years she has worked in Central Processing at St. Vincent Healthcare. She is finding work to be somewhat stressful but would like to continue on at St. Vincent until retirement.

The patient has never married and has no children.

Ms. Jackson is currently living in an apartment by herself. She is independent in her basic activities of daily living. She cooks and cleans to the extent that she desires. She stated that her cleaning is "not great." She drives without limitations. The patient stated that she has always been able to manage her own money.

For hobbies she has enjoyed bowling in the past, but due to arthritis she has had to discontinue bowling. She likes to watch television.

When the patient is in need of social support she has no one in particular that she turns to. She does have a friend who lives in Shepherd but at times feels that this friend is using her. Apparently the friend does not drive and Ms. Jackson is often her source of transportation.

The patient is a nonsmoker and has never used alcohol.

BEHAVIORAL OBSERVATIONS: Roxanna Jackson is a 59-year-old female who appeared to be her stated age. She was casually and neatly dressed in clean clothing. Her hair was clean and appropriately groomed. She ambulated without difficulty and used no assistive device. Her speech was of normal pace and volume. She was able to relate her history in a logical and sequential manner and no word-finding problems were noted. Her affect was appropriate to the situation. Eye contact was good. She was pleasant and cooperative throughout the interview. She did appear to be somewhat confused about the exact nature of today's evaluation, but was completely willing to participate. Judgment, reasoning and insight all appeared to be perhaps in the lower range.

There were no significant signs of depression, anxiety, agitation, hallucinations or delusional thinking.

SVH 0086

Page 3
PATIENT: Jackson, Roxanna
DATE: 11/14/2013                                    PROVIDER: DAVID R. GUMM, Ph.D.
BIRTH DATE: █████

TEST RESULTS: On the Wechsler Adult Intelligence Scale-IV, the patient obtained the following
scaled scores:

|                      | Scaled Score |
|----------------------|:------------:|
| Block Design         | 7            |
| Similarities         | 5            |
| Digit Span           | 6            |
| Matrix Reasoning     | 6            |
| Vocabulary           | 5            |
| Arithmetic           | 4            |
| Symbol Search        | 7            |
| Visual Puzzles       | 7            |
| Information          | 4            |
| Coding               | 9            |
|                      |              |
| Verbal Comprehension | 70           |
| Perceptual Reasoning | 81           |
| Working Memory       | 71           |
| Processing Speed     | 89           |
| Full Scale IQ        | 73           |

On measures of her ability to define individual words she was below average. She was also below average on a measure of her ability to use language in an abstract manner. Her general fund of information is also below average. On a measure of her visual spatial problem-solving she was in the low end of average. On measures that required speed of mental processing she was within the average range.

There was a large difference between her verbal and nonverbal abilities. Nonverbal abilities appear to be a relative strength. She also has a relative strength on measures that require mental speed. Given her level of academic and vocational attainment her scores mostly do not reflect a recent decline and she appears to be a person who has always functioned in the borderline range of intellectual abilities.

On a measure of immediate verbal memory she was below average. She was able to improve her performance with repetition. On a measure of short-delayed recall she recalled 6 of 16 words she had heard repeated for a total of 5 times. With a 30-minute delay she recalled 9 words. These both mark a below-average level of performance. On a measure of delayed recognition she was in the average range. She was able to correctly identify 15 of the 16 words she had heard repeated 5 times. The patient appears to be able to encode new verbal information but may be doing so somewhat slowly.

SVH 0087

Page 4
PATIENT:  Jackson, Roxanna
DATE:  11/14/2013                                    PROVIDER:  DAVID R. GUMM, Ph.D.
BIRTH DATE: ▓▓▓▓

IMPRESSION:
AXIS I:       Mood Disorder, not otherwise specified.
AXIS II:      Borderline intellectual functioning.
AXIS III:     High blood pressure, diabetes, sleep apnea, arthritis, and hysterectomy.
AXIS IV:     Work-related problems.
AXIS V:      Global Assessment of Functioning 75.

RECOMMENDATIONS:
1. The patient reports that she has recently been having some difficulties at work.  She feels that the difficulties are in part related to a new manager who is not as patient with her.  She is experiencing some work-related stress that takes the form of feeling tight, tense and having a headache.
2. The patient appears to have a relative strength in her nonverbal abilities.  She might learn best by having things demonstrated to her, rather than explained to her orally.  She might also need to have more repetition than the typical employee.
3. The patient stated that there are some part of her work that she feels more confident in.  She stated that she is not as confident in her skills regarding sterilization of instruments but there are other areas of her work that she is much more comfortable and confident with. She might be allowed to perform some areas of her job that she has more confidence in.
4. The patient reports that she feels that she has a strained relationship with a new department manager.  She might have a third party act as a mediator to ensure that communication is as effective as possible.

Thank you for allowing me to be involved with this patient's care.  Please feel free to contact me if I can be of continued assistance in helping Ms. Jackson be as effective an employee as possible.

*David R. Gumm*

David R. Gumm, Ph.D.
Psychologist
DRG/ern

Cc:    Annette Hoffman

SVH 0088