Exhibit No. 4
Deponent: R. Jackson
Date: 4/22/16 RPR: AR
Mile High Court Reporting



**SCL Health System**

*Sisters of Charity of Leavenworth Health System*

SVPN - North Shiloh
2223 Mission Way
Billings MT 59102-0160
Phone: 406-237-8989
Fax: 406-237-8990

April 16, 2014

Roxanna K Jackson
Po Box 823
Billings MT 59103

To whom it may concern:

This patient has been a dedicated SVH employee for the past 36 years. She works in the Central Processing Department. She is involved with instrument sterilization, and surgical preparation. She feels that she is being mistreated and harassed as she does her best with her physical limitations to meet the demands of her supervisor. She typically goes home in tears and is not getting the support that she needs to continue to provide diligent, faithful service in her capacity. Please help this employee to get the support that she needs.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

William L Phillips, DO
4/16/2014, 12:00 PM

CORI ROUGH
NOTARY PUBLIC for the
State of Montana
Residing at Billings, Montana
My Commission Expires
November 02, 2014

Cori Rough 4-16-14

RE: Jackson, Roxanna -- MR#: V00001141                    Page 1 of 1

SVH 0650

**EXHIBIT**

tabbies

L-4