

Exhibit No. 6
Deponent: R. Jackson
Date: 4/22/16 RPR: AL
Mile High Court Reporting



St.Vincent
Healthcare
People Healing People.

# CORRECTIVE ACTION FORM

| Associate: | Roxanne Jackson | Associate ID#: | 8237 |
|---|---|---|---|
| Position: | Instrument tech | Department: | Central Processing |
| Today's Date: | November 5, 2013 | Hire Date: | 3/21/1977 |

REFER TO CORRECTIVE ACTION POLICY AND PROCEDURE

Managers are encouraged to consult with Human Resources. Unless this document is a verbal warning, the original must be submitted to Human Resources

CURRENT ACTION: ■ Verbal Reminder    ☐ Written Reminder    ☐ Final Written Warning

PRIOR CORRECTIVE ACTION(S):

Note: Include dates and any follow-up steps taken by the manager or associate.

> Verbal Warning 10/2013 —performance

1. Describe the issue(s) regarding the associate's performance or behavior. Provide the facts surrounding the concern(s), including dates of events and a specific description of the associate's role in the issue(s):

> On October 18, 2013 you and another associate were assigned to the decontamination area. There was minimal communication of which work stations each should work, this made you irritated. There was no acknowledgment from you when the other associate communicated she would be going to break. The lack of communication impacted the environment which resulted in an verbal argument in the locker room. Roxanne made inappropriate comments to both the associate and the evening supervisor. While you acknowledge your interaction with the supervisor was inappropriate and apologized, you felt no wrong doing with the interaction with the associate. It is an expectation all associates communicate appropriately and work as a team.

2. Describe the negative impact the issues(s) has/have on the associate's department or the facility:

> The expectation is all associates to work as a team to provide the best patient care, as well as monitoring the department's productivity. Each associate is responsible for effectively communicating to one another to ensure teamwork and delivery of care. When this is not practiced, it has a negative impact on fellow associates and the moral of the department.

3. State the policy(ies), values, department requirement(s) or behavioral standard(s) which has/have not been met by this individual. In regards to the policy or standard, indicate the specific expectations(s) of the associate in his/her role:

> Employee Code of Conduct Policy ER.2.1 (policy attached)
> You need to address issues related to the following Core Values & Behaviors
> 1. Stewardship - each of us is accountable to use our time as productive as we can to meet the needs of our customers/patients.
> 2. Excellence - We demonstrate professionalism in our behavior and appearance.
> -We set high standards and work to proactively reach our goals.
> -We are accountable for our actions and performance.
> 3. Integrity-We apologize for inconveniences and do not make excuses.
> - We communicate promptly and appropriately, following up to ensure the needs are addressed.

SVH 0099

EXHIBIT

tabbies®

L-6



**St.Vincent
Healthcare**
People Healing People.

4. Indicate the consequences if the expected results are not attained (may include further disciplinary action up to and including termination):

> Failure to meet Core Values and Service Behaviors will lead to further disciplinary action up to and including termination.

5. Specifically describe the actions which will be taken by the manager and/or the associate to reach the expected results. Include dates of any follow-up activities (i.e. training, schedule feedback sessions, assessments, etc.)
Note: The manager may attach the associate's Performance Improvement Plan if one has been requested. If so, please indicate.

> Follow-up with Roxanne on 11/25/2013, upon return of approved PTO .
> Roxanne is expected to read and sign the Mission Core Values and Behaviors to acknowledge her understanding of them and the expectation to abide within them at Saint Vincent Healthcare.

ASSOCIATE COMMENTS
If necessary, attach additional comments on a separate sheet.

To the Associate: Questions regarding this discipline may be directed to Human Resources or addressed by the associate implementing St. Vincent Healthcare Grievance Policy.

SUPERVISOR'S SIGNATURE _____          Date: 11/5/2013
                              (Presenting Supervisor)

HUMAN RESOURCES _Melissa Young_          Date: 11/5/2013

By signing this document, I am indicating that the information in this constructive discipline document has been reviewed with me. Whether I agree with the review is not necessarily indicated by my signature below.

ASSOCIATE'S SIGNATURE _Roxanne_          Date: 11/5/2013
                            (Associate Name)

COPIES (to be made after signing): [✓] Associate  [✓] Supervisor  [✓] Human Resources

NOTE: Original form must be submitted to Human Resources.
Updated 5-12

2

SVH 0100