Exhibit No. **9**
Deponent: **R. Jackson**
Date: **6/22/16** RPR: **AR**
Mile High Court Reporting


St.Vincent
Healthcare
People Healing People.

## CORRECTIVE ACTION FORM

| Associate: | Roxanne Jackson | Associate ID#: | 8237 |
|---|---|---|---|
| Position: | Instrument Tech | Department: | Central Processing |
| Today's Date: | 7/16/2014 | Hire Date: | 3/21/1977 |

REFER TO CORRECTIVE ACTION POLICY AND PROCEDURE
Managers are encouraged to consult with Human Resources. Unless this document is a verbal warning, the original must be submitted to Human Resources

CURRENT ACTION: ☐ Verbal Reminder      ■ Written Reminder      ☐ Final Written Warning

PRIOR CORRECTIVE ACTION(S):
Note: Include dates and any follow-up steps taken by the manager or associate.

7/24/2013 - HML Conversation and expectations, continued coaching and review every two weeks
10/10/2013 - Verbal Warning - performance based off expectations discussed from HML
11/5/2013 - Verbal Reminder - behavior
1/20/2014 to 2/28/2014 - retraining/reorientation period
2/28/2014 - Final Competency Validation/Sign-off
4/9/2014 - Verbal Coaching - reminder of training & observations of performance
6/25/2014 - Verbal reminder for instrument quality mistakes

1. Describe the issue(s) regarding the associate's performance or behavior. Provide the facts surrounding the concern(s), including dates of events and a specific description of the associate's role in the issue(s):

6/24/2014 - Surgical case load was minimal and there was the need to overstaff on both day and evening shifts. You were initially assigned to the case cart area and were instructed to move to the instrument assembly area upon completion of case cart tasks. I (Heather) gave specific instructions as to where staff needed move to and that staff needed to start overstaffing around 5pm to minimize overtime for the department. At 7pm it was reported to me (Heather) that you were working in the wrapping area, not the instrument area that you had been instructed to move to following completion of case cart tasks. You purposefully avoided the instrument area that your leadership instructed you to move to and instead chose to work in an unassigned area. This is insubordination of your leader's directions.

2. Describe the negative impact the issues(s) has/have on the associate's department or the facility:

1) Failure to follow the directions of leadership negatively impacts the the moral of the department.
2) Failure to follow direction for overstaffing and workflow rules causes overtime and negatively impacts department productivity.
3) Failure to follow the directions of leadership for area assignments negatively impacts the workflow of the department causing potential delays in surgical cases.

3. State the policy(ies), values, department requirement(s) or behavioral standard(s) which has/have not been met by this individual. In regards to the policy or standard, indicate the specific expectations(s) of the associate in his/her role:

1) St. Vincent Core Values and Service Behaviors of Respect, Excellence and Integrity - employees are expected to demonstrate behaviors consistent with our Core Values.
2) Policy E.2.11 Station assignments-refusal to work in areas needed by the hospital and assigned by a supervisor is considered insubordination and is grounds for disciplinary action up to and including termination. It is an expectation that you follow the direction of leadership and to work in areas assigned to you.

SVH 0118

**EXHIBIT**

tabbies®

**L-8**



## St.Vincent Healthcare
People Healing People.

4. Indicate the consequences if the expected results are not attained (may include further disciplinary action up to and including termination):

> Failure to meet expectations may lead to further disciplinary action up to and including termination of employment.

5. Specifically describe the actions which will be taken by the manager and/or the associate to reach the expected results. Include dates of any follow-up activities (i.e. training, schedule feedback sessions, assessments, etc.)

Note: The manager may attach the associate's Performance Improvement Plan if one has been requested. If so, please indicate.

> 1) You are expected to read and sign the Core Values and Service Behaviors brochure (attached) as acknowledgment of your understanding of the behaviors expected of you in the work environment. Signed copy is to be returned to Manager by 7/18/2014.
> 2) You are expected to review and sign Policy E.2.11 Station Assignments (attached) and communicate your understanding of the policy to your Manager. Communication of your understanding of the policy is to be completed by 7/18/2014. Signed copy is to be to be returned to Manger by 7/18/2014.
> 3) You are immediately expected to follow the direction of leadership.

## ASSOCIATE COMMENTS
If necessary, attach additional comments on a separate sheet.

To the Associate: Questions regarding this discipline may be directed to Human Resources or addressed by the associate implementing St. Vincent Healthcare Grievance Policy.

SUPERVISOR'S SIGNATURE _____    Date: 7/16/2014
(Presenting Supervisor)

HUMAN RESOURCES _____    Date: 7/16/2014

By signing this document, I am indicating that the information in this constructive discipline document has been reviewed with me. Whether I agree with the review is not necessarily indicated by my signature below.

ASSOCIATE'S SIGNATURE _____    Date: 7/16/2014
(Associate Name)

COPIES (to be made after signing): [X] Associate  [X] Supervisor  [X] Human Resources

NOTE: Original form must be submitted to Human Resources.

Updated 5-12

2

SVH 0119



**St.Vincent Healthcare**

*Sisters of Charity of Leavenworth Health System*

Approval   Vice President - Human Resources

Title:  STATION ASSIGNMENTS

Section:   Human Resources
Number:  E.2.11
Pages:   1

Date of Origin:  6/88
Reviewed/Revised Date:  8/12
Next Review Date:  8/14

POLICY:

Employees are hired by St. Vincent Healthcare to care for patients anywhere in the hospital, regardless of department, unit or floor originally assigned. All employees may be reassigned on a regular or temporary basis to other departments or units as patient need or volume demands. Refusal to work in areas needed by the hospital and assigned by a supervisor is considered insubordination and is grounds for disciplinary action up to and including termination.

7/16/14

SVH 0120