Exhibit No. __10__
Deponent: _R. Jackson_
Date: _6/22/16_ RPR: _AR_
Mile High Court Reporting



**St. Vincent Healthcare**
People Healing People.

## CORRECTIVE ACTION FORM

| Associate: | Roxanne Jackson | Associate ID#: | 8237 |
|---|---|---|---|
| Position: | Instrument tech | Department: | Central Processing |
| Today's Date: | July 28, 2014 | Hire Date: | 3/21/1977 |

REFER TO CORRECTIVE ACTION POLICY AND PROCEDURE
Managers are encouraged to consult with Human Resources. Unless this document is a verbal warning, the original must be submitted to Human Resources

CURRENT ACTION: ☐ Verbal Reminder    ☐ Written Reminder    ☒ Final Written Warning

PRIOR CORRECTIVE ACTION(S):
Note: Include dates and any follow-up steps taken by the manager or associate.

> 7/24/2013 - HML Conversation and expectations, continued coaching and review every two weeks
> 10/10/2013 - Verbal Reminder - work performance issues
> 11/5/2013 - Verbal Reminder - behavior
> 1/20/2014 to 2/28/2014 - retraining/reorientation period
> 2/28/2014 - Final Competency Validation/Sign-off
> 4/9/2014 - Verbal Coaching - reminder of training & observations of performance
> 6/25/2014 - Verbal Reminder - Instrument quality errors
> 7/16/2014 - Written Reminder - insubordination; failure to follow direction given by leadership (signed Core Values brochure and Station Assignments policy)

1. Describe the issue(s) regarding the associate's performance or behavior. Provide the facts surrounding the concern(s), including dates of events and a specific description of the associate's role in the issue(s):

> 7/18/2014 - Manager was contacted by the OR about a wrapped tray labeled "flexible cystoscope loaner" and returned the tray to CP unopened. Manager opened the tray to find the contents was actually a flexible ureterscope loaner. The tape from the wrapped tray shows it was assembled by Roxanne.

2. Describe the negative impact the issues(s) has/have on the associate's department or the facility:

> 1) Incorrect labeling of trays causes potential delays in surgical cases.
> 2) Incorrect labeling of trays has the potential for a negative impact on our patients.
> 3) Incorrect labeling of trays causes rework for the Central Processing team.

3. State the policy(ies), values, department requirement(s) or behavioral standard(s) which has/have not been met by this individual. In regards to the policy or standard, indicate the specific expectations(s) of the associate in his/her role:

> 1) CP Instrument Area competency (attached) demonstrates knowledge of the instrument and expectations
> 2) Cysto Book/Reference (pages attached) - employees are expected to use reference materials available in the department if/when uncertainty exists related to instruments
> 3) Instrument Tech Job Description (attached) - employees are expected to fulfill the responsibilities as outlined in the job description
> 4) HR Policy ER.2.02 (Corrective Action Policy)-All associates are expected to advance the goals of St. Vincent which include the maintenance by high standards of personal conduct and work performance.
> 5) Core Values & Service Behaviors (brochure attached): Excellence - We set high standards and work to proactively reach our goals; and Stewardship - We are accountable for the resources entrusted to us. All employees are expected to demonstrate behaviors consistent with our Core Values.

SVH 0123

**EXHIBIT**
tabbies
L-9



**St. Vincent Healthcare**
People Healing People.

4. Indicate the consequences if the expected results are not attained (may include further disciplinary action up to and including termination):

> Failure to meet expectations may result in further disciplinary action up to and including termination of employment.

5. Specifically describe the actions which will be taken by the manager and/or the associate to reach the expected results. Include dates of any follow-up activities (i.e. training, schedule feedback sessions, assessments, etc.)

Note: The manager may attach the associate's Performance Improvement Plan if one has been requested. If so, please indicate.

> The following actions are necessary to assist you in improving your work performance:
> 1) You are placed in unpaid suspension for your next two regularly scheduled shifts (7/28 & 7/29) to allow time to consider whether you wish to continue working for St. Vincent.
> 2) You are expected to develop a Performance Improvement Plan which must include the following:
> - your decision on whether you want to continue employment at St. Vincent
> - specific actions you will take to improve your behavior and work performance (i.e., support of department goals, meeting expectations of job description and work processes)
> - timeframe to complete the improvement plan and return to satisfactory performance
> The Performance Improvement Plan must be completed and submitted to your Manager for review prior to your scheduled shift on 7/30/2014. Plan must be acceptable to management.

## ASSOCIATE COMMENTS
If necessary, attach additional comments on a separate sheet.

To the Associate: Questions regarding this discipline may be directed to Human Resources or addressed by the associate implementing St. Vincent Healthcare Grievance Policy.

SUPERVISOR'S SIGNATURE _Heather Fry_ (Presenting Supervisor)     Date: 11/5/2013   7/28/14

HUMAN RESOURCES _Kathy Siwel_     Date: 11/5/2013   7/28/14

By signing this document, I am indicating that the information in this constructive discipline document has been reviewed with me. Whether I agree with the review is not necessarily indicated by my signature below.

ASSOCIATE'S SIGNATURE _Refused to sign_ (Associate Name)     Date: 11/5/2013   7/28/14

COPIES (to be made after signing): ☑ Associate  ☑ Supervisor  ☑ Human Resources

NOTE: Original form must be submitted to Human Resources.

Updated 5-12

2

SVH 0124

Performance Improvement Plan for Roxanne Jackson          July 30, 2014

I met with my supervisors and Kathy Smith on July 28, 2014 to review a performance issue identified by Heather Franzel. Annette Hoffman was present for this meeting. This issue involved labeling of a loaner scope.

I want to continue working for St Vincent Healthcare.

Specific actions I will take include

1. Core values
   a. Excellence- Annette and I have discussed how my job plays a huge role in patient safety.
   b. Stewardship-Annette and I have discussed the importance of the right equipment being available for patients.

2. I will use reference materials all the time whenever there is a question about identifying an instrument.

3. I will double check labeling as needed.

4. I have reviewed the Corrective Action Policy with Annette Hoffman.

5. I have reviewed my job description with Annette Hoffman.

6. My plan is to follow the actions here to avoid future mistakes. Please give me feedback quickly if I make a mistake so I can see what was done and understand how it happened.

7. I will ask questions if I am not sure. Heather Franzel will create and post a chain of command in Central Processing for use by all CP associates.

Roxanne Jackson _Roxanne Jackson_ Date 7-30-14

Heather Franzel _Heather_ Date 7-30-14

SVH 0125