Exhibit No. 12
Deponent: R. Jackson
Date: 4/22/16  RPR: #R
Mile High Court Reporting

Performance Improvement Plan for Roxanne Jackson          July 30, 2014

I met with my supervisors and Kathy Smith on July 28, 2014 to review a performance issue identified by Heather Franzel. Annette Hoffman was present for this meeting. This issue involved labeling of a loaner scope.

I want to continue working for St Vincent Healthcare.

Specific actions I will take include

1. Core values
    a. Excellence- Annette and I have discussed how my job plays a huge role in patient safety.
    b. Stewardship-Annette and I have discussed the importance of the right equipment being available for patients.

2. I will use reference materials all the time whenever there is a question about identifying an instrument.

3. I will double check labeling as needed.

4. I have reviewed the Corrective Action Policy with Annette Hoffman.

5. I have reviewed my job description with Annette Hoffman.

6. My plan is to follow the actions here to avoid future mistakes. Please give me feedback quickly if I make a mistake so I can see what was done and understand how it happened.

7. I will ask questions if I am not sure. Heather Franzel will create and post a chain of command in Central Processing for use by all CP associates.

Roxanne Jackson _Roxanne Jackson_  Date 7-30-14
Heather Franzel _Heather_  Date 7-30-14

SVH 0037

EXHIBIT
L-11
tabbies