Exhibit No. __14__
Deponent: R. Jackson
Date: 4/22/16  RPR: RR
Mile High Court Reporting

Rec 7/29/14

 **St. Vincent Healthcare**

_____
GRIEVANCE NUMBER

## EMPLOYEE GRIEVANCE REPORT

EMPLOYEE NAME: Roxanne Jackson          DATE SUBMITTED: 7/29/14

JOB TITLE: Central Processing Instrument Tech   DEPARTMENT: Central Processing

SENT FOR RESPONSE TO: _____   POSITION: _____

RESPONSE DUE BACK BY (date): _____

STATEMENT OF GRIEVANCE (Please be specific):

In the incident involving the scope being mislabeled, I label the tape based on what the lid says. I was shown a tape label with my initials. I did not get to see the lid or the scope so I do not understand how this happened.

SETTLEMENT DESIRED

In the future it would be nice to see the item and label. I would like this final written warning reduced to a verbal warning. It is obvious I made a mistake, but the information I was given does not help.

EMPLOYEE SIGNATURE  Roxanne Jackson

SUPPORTING DOCUMENTATION ATTACHED  ☒ YES   ☐ NO

SVH 0126

**EXHIBIT**
tabbies'
L-12

## SUPERVISORY RESPONSE TO GRIEVANCE

SUPERVISOR'S SIGNATURE _____ DATE _____

ADDITIONAL DOCUMENTATION ATTACHED   ☐ YES   ☐ NO

(PERSONNEL DEPARTMENT USE ONLY)

GRIEVANCE STATUS AFTER SUPERVISORY RESPONSE

SIGNATURE _____
Personnel Representative

EMPLOYEE GRIEVANCE REPORT

SVH 0127

Performance Improvement Plan for Roxanne Jackson

I met with my supervisors and Kathy Smith on July 28, 2014 to review a performance issue identified by Heather Franzel. Annette Hoffman was present for this meeting. This issue involved labeling of a loaner scope.

I want to continue working for St Vincent Healthcare.

Specific actions I will take include

1. I will use reference materials all the time.

2. I will double check labeling

3. I have reviewed the Corrective Action Policy with Annette Hoffman

4. I have reviewed my job description with Annette Hoffman

5. Core Values

   a. Excellence-Annette and I have discussed how my job plays a huge role in patient safety.
   b. Stewardship- Annette and I have discussed the importance of the right equipment being available for patients.

6. My plan is to follow the actions here to avoid future mistakes. Please give me feedback quickly if I make a mistake so I can see what was done and understand how it happened.

7. I will ask questions if I am not sure.

SVH 0141

 St.Vincent Healthcare

People Healing People.

via Certified Mail

August 7, 2014

Roxanna Jackson
PO Box 823
Billings, MT 59103

Dear Roxanna,

Attached is your Director's response to your grievance received on July 29, 2014. You may move to the next step, step #3, in the grievance process if you so desire. If you have any questions please feel free to contact me at 237-3144.

Sincerely,

Kathy Smith
Director, Human Resources

c:      file

SVH 0142



People Healing People.

August 7, 2014

via Certified Mail

Roxanna Jackson
PO Box 823
Billings, MT  59103

Dear Roxanna,

In follow up to your grievance dated July 29, 2014 regarding the mislabeling of the scope, I've talked with the individuals involved in the corrective action that you were given and have reviewed the related policies and criteria surrounding these types of situations.

Through my investigation I have found that the standard that you were trained (and that you signed off to) is that you always label to what the instrument is and never what the tray says. If the instruments get put into the wrong trays (they come back from OR unorganized) it is the responsibility of the instrument tech assembling the tray to verify the correct instrument is in the correct trays and labeled correctly. The instrument tech should always verify the label on the tray matches the instrument and never assume it is correct. Furthermore, I validated this standard with other CP staff and they verified that this is the way that it is to be done as well.

In addition to this, the flexible scope we had on loan was in addition to the pars we had and required a different container, not the original ones. The original containers were occupied by other loaner scopes. The container read "CONTAINER FOR LOANER SCOPES ONLY" in red ink and "This container will only fit in the VPRO sterrad, not NX" in black ink. The container did not specify the type of scope the container was for, as it could be used for either type of flexible scopes. It is the assembling tech's responsibility to identify the correct scope in the set.

In your grievance you also made reference to the fact that you would like to see the lid or scope in question as well. We will do our best to accommodate that request but instruments cannot always be held for the associate to see. Surgical instruments may be unique or single items that are needed immediately to be flashed for a patient and may not even be returned to CP to prove the mistake. If we can hold it, we will.

Based on my review and follow up I find that the information in this case supports the actions taken. As the actions are the result of a trend of repeated mistakes following your retraining and competency validation I agree with the rationale behind the decisions made with respect to your Final Written Notice and therefore I am denying your grievance.

Sincerely,

David Dobson
Director, Surgical Services

SVH 0143

8/14/2014

I want to appeal my Director's decision regarding my grievance.

Thank you

*Rayanna Jenks*

SVH 0144

 St.Vincent Healthcare

People Healing People.

via Certified Mail

August 28, 2014

Roxanna Jackson
PO Box 823
Billings, MT  59103

Dear Roxanna,

Attached is your Vice President's response to your grievance of July 29, 2014. You may move to the next step, step #4, in the grievance process if you so desire. If you have any questions please feel free to contact me at 237-3144.

Sincerely,

Kathy Smith
Director, Human Resources

c:    file

SVH 0145

 **St. Vincent**
HEALTHCARE | SCL Health

Administration

August 28, 2014

Roxanna Jackson
PO Box 823
Billings, MT 59103

Dear Roxanna:

I have given careful consideration to your grievance regarding the disciplinary action you received on July 29, 2014. First, I want to thank you for meeting with me to discuss your concerns regarding the disciplinary action. I appreciate that you came in on your day off so that I could discuss your concerns in person.

I have reviewed all of the documents and considered our conversation regarding this action. I understand that you have been a long-term employee and feel that these performance issues were not an issue in the past. We have established standards of care and quality in all patient care areas that we expect our associates to achieve. I believe the orientation and competency validation provided to you this year established the standards and expectations for your role in Central Processing. Providing the highest standard of care to our patients is imperative in all that we do.

Based on my review, I am supporting the disciplinary action that was delivered on July 29, 2014 and denying your grievance.

Sincerely,

BJ Gilmore, BSN, MSM, FABC, NEA-BC
Chief Nursing Officer/VP Patient Care Services

1233 N. 30ᵗʰ Street, Billings, MT 59101-0127    svh.org

SVH 0146



**St. Vincent**
HEALTHCARE | SCL Health

via Certified Mail

September 12, 2014

Roxanna Jackson
PO Box 823
Billings, MT  59103

Dear Roxanna,

As you did not submit an appeal to your Vice President's response to your grievance of July 29, 2014 within the required 5-day deadline, your grievance is now considered closed. If you have any questions please feel free to contact me at 237-3144.

Sincerely,

Kathy Smith
Director, Human Resources

c:     file

1233 North 30th Street, Billings, MT 59101-0127   P 406-238-7000   svh.org

SVH 0147