Rec 9/5/14

Exhibit No. 15
Deponent: R. Jackson
Date: 6/22/16 RPR: AR
Mile High Court Reporting



 **St.Vincent Healthcare**

_____
GRIEVANCE NUMBER

## EMPLOYEE GRIEVANCE REPORT

EMPLOYEE NAME: Roxanna Jackson            DATE SUBMITTED: 9-5-14

JOB TITLE: C.P. Init. Tech            DEPARTMENT: CP

SENT FOR RESPONSE TO: _____            POSITION: Init Tech

RESPONSE DUE BACK BY (date): _____

STATEMENT OF GRIEVANCE (Please be specific):

Heather Called me into the office to talk me, She said that I um not trouble but (1.) about OH team Sended Down a pill sheet with my Initials on it they said it had Ne Indicator in the tray But the Bag that we use has a Indicator on the Bag they said it turn so they went a head and use it. they Just wanted to Let us know about it. I Feel they didn't Mean to get me into trouble. if they were wrong to use it thats there in fault. I Feel that Heather is Looking for anything to get on me. (2.) on Sunday I Came in to r my time to Make sure that I approved it I Just went to the So area to use that computer every body does that, on some goes to the cale cout area to use that computer without getting chaged

SETTLEMENT DESIRED

_____
_____
_____
_____
_____
_____
_____
_____

EMPLOYEE SIGNATURE _____

SUPPORTING DOCUMENTATION ATTACHED   ☐ YES   ☐ NO

SVH 0148

EXHIBIT
L-13
tabbies

**St.Vincent Healthcare**

_____
GRIEVANCE NUMBER

## EMPLOYEE GRIEVANCE REPORT

EMPLOYEE NAME: _____     DATE SUBMITTED: _____

JOB TITLE: _____     DEPARTMENT: _____

SENT FOR RESPONSE TO: _____     POSITION: _____

RESPONSE DUE BACK BY (date): _____

STATEMENT OF GRIEVANCE (Please be specific):

or Bunny Suit Just in street clothes. I know that was wrong. Maybe they should put a Computer in the Break Room. (3) I was loading a Sterilizer Cart it had Biomet trays and 3 towel wrap Items on the I push the Cart in Sterilizer before I left at 11:30pm. The sterilizer went off after Mid night Greg answered it Bernie the Night person pull the Cord out of Sterilizer. It takes about 3 hours to Cool. She unload the Cart. Biomet Trays and 3 towel wrap Items was needed a case. Before she send it up she noticed that one Towel wrap Item had no Stamp on it she take for granted that it was My Load

SETTLEMENT DESIRED

_____
_____
_____
_____
_____
_____
_____
_____
_____

EMPLOYEE SIGNATURE _____

SUPPORTING DOCUMENTATION ATTACHED  ☐ YES  ☐ NO

SVH 0149

# St.Vincent Healthcare

_____
GRIEVANCE NUMBER

## EMPLOYEE GRIEVANCE REPORT

EMPLOYEE NAME: _____     DATE SUBMITTED: _____

JOB TITLE: _____     DEPARTMENT: _____

SENT FOR RESPONSE TO: _____     POSITION: _____

RESPONSE DUE BACK BY (date): _____

STATEMENT OF GRIEVANCE (Please be specific):

_So she put that Lord Stamp on it. Did She Lock for all 3 Towel wrap Items on the Cart??? She was every tired that night She didn't realize that it was Not Sterile how can that be My fault??? there should have been 4 Towel wrap Items I think that The Rep. Should put Sterile on one Cart and unsterile on Second Cart I think Heather didn't check into it like She said that She will._

SETTLEMENT DESIRED

EMPLOYEE SIGNATURE _____

SUPPORTING DOCUMENTATION ATTACHED ☐ YES   ☐ NO

SVH 0150


**St. Vincent**
HEALTHCARE | SCL Health

via Certified Mail

September 12, 2014

Roxanna Jackson
PO Box 823
Billings, MT  59103

Dear Roxanna,

I am in receipt of your grievance submitted on September 5, 2014.  Unfortunately I am unable to process your grievance as it is unclear from the paperwork you submitted what specifically you are grieving or what settlement you desire as an outcome.

I am returning the grievance paperwork you submitted and, for your convenience, have enclosed a copy of our grievance policy and form.

If you wish to pursue a grievance, please clarify what specifically you are grieving and what settlement you desire.  Your deadline for submitting the required information is no later than September 22, 2014.

If you have any questions please feel free to contact me at 406.237.3144.

Sincerely,

Kathy Smith
Director, Human Resources

c:      file

1233 North 30th Street, Billings, MT 59101-0127  P 406-238-7000  svh.org

SVH 0151



**St. Vincent**
HEALTHCARE | SCL Health

via Certified Mail

September 23, 2014

Roxanna Jackson
PO Box 823
Billings, MT 59103

Dear Roxanna,

In response to your grievance of September 5, 2014 and subsequent letter to you dated September 12, 2014, I have not received the requested additional information to further consider your grievance. Because you did not submit additional information by the deadline date of September 22, 2014, your grievance of September 5, 2014 is considered closed.

If you have any questions please feel free to contact me at 406.237.3144.

Sincerely,

Kathy Smith
Director, Human Resources

c:    file

1233 North 30th Street, Billings, MT 59101-0127   P 406-238-7000   svh.org

SVH 0152