## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974;
See Privacy Act Statement before completing this form.

| CHARGE NUMBER(S) | RECEIVED |
|---|---|
| 0151017156 | |
| 32D-2015-00035C | OCT 09 2014 |

FILED BEFORE: MONTANA DEPARTMENT OF LABOR & INDUSTRY, HUMAN RIGHTS BUREAU *RIGHTS BUREAU*

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| CHARGING PARTY'S NAME Roxanne Jackson | TELEPHONE (406) 927-2776 | AGE ⬛ |
|---|---|---|
| ADDRESS PO Box 823 | CITY, STATE AND ZIP CODE Billings, MT 59103 | |
| RESPONDENT'S NAME St. Vincent Hospital | TELEPHONE (406) 237-3140 | NO. EMPLOYEES/MEMBERS +20 |
| ADDRESS 1233 N. 30th Street | CITY, STATE AND ZIP CODE Billings, MT 59101 | |

**BASIS OF DISCRIMINATION**

☐ Race  ☐ Color  ☐ Sex  ☐ Religion  ☒ Age  ☐ Retaliation

☐ National Origin  ☒ Disability  ☐ Political Belief  ☐ Marital Status

**DATE OF DISCRIMINATION**

Earliest:

Latest:  August 27, 2014

**PARTICULARS OF THE CHARGE**

I believe I have been discriminated against in the area of employment because of my age and/or disability in violation of the Human Rights Act (Title 49, Chapter 2, MCA), the Americans with Disabilities Act, as amended, and the Age Discrimination in Employment Act, for the following reasons:

A. I have worked for the Respondent since March of 1977 as an Instrument Tech. Representative and I performed my job in a satisfactory manner.

B. I am ⬛ years of age and I have had speech and learning disabilities since I was a child. This causes problems with the speed of my work and I am often not as fast as other employees. The Respondent was aware of these disabilities for the entire period of my employment.

C. Sometime in 2012, a new Director was hired, David Dobson, and he said to the employees that it is easier to train new people then deal with older employees.

D. On August 27, 2014, the Manager, "Heather", terminated me for poor performance. It particular Heather cited in my termination materials that my work was too slow.

E. I believe the Respondent discriminated against me because of my age and/or disability when it terminated my employment.

Exhibit No. 17
Deponent: R. Jackson
Date: 4/22/16 RPR: AR
Mile High Court Reporting

**VERIFICATION**

- I hereby file this charge with the above-cited agencies.
- I agree to inform the agencies if I change my address or telephone number and I agree to cooperate fully in the processing of my charge in accordance with their procedures.
- I swear or affirm that I have read the above charge and I declare under penalty of perjury that the foregoing is true and correct.

Signature: *Roxanne Jackson*

Date: 10-6-14

Revised 1/2012

**EXHIBIT**

**L-14**

tabbles®