

### St.Vincent Healthcare

People Healing People.

via Certified Mail

August 7, 2014

Roxanna Jackson
PO Box 823
Billings, MT 59103

Dear Roxanna,

Attached is your Director's response to your grievance received on July 29, 2014. You may move to the next step, step #3, in the grievance process if you so desire. If you have any questions please feel free to contact me at 237-3144.

Sincerely,

Kathy Smith
Director, Human Resources

c:      file

RJ00022

DEPOSITION
EXHIBIT
24
PENGAD 800-631-6989

EXHIBIT
L-15
tabbies



## St.Vincent Healthcare

People Healing People.

August 7, 2014

**via Certified Mail**

Roxanna Jackson
PO Box 823
Billings, MT 59103

Dear Roxanna,

In follow up to your grievance dated July 29, 2014 regarding the mislabeling of the scope, I've talked with the individuals involved in the corrective action that you were given and have reviewed the related policies and criteria surrounding these types of situations.

Through my investigation I have found that the standard that you were trained (and that you signed off to) is that you always label to what the instrument is and never what the tray says. If the instruments get put into the wrong trays (they come back from OR unorganized) it is the responsibility of the instrument tech assembling the tray to verify the correct instrument is in the correct trays and labeled correctly. The instrument tech should always verify the label on the tray matches the instrument and never assume it is correct. Furthermore, I validated this standard with other CP staff and they verified that this is the way that it is to be done as well.

In addition to this, the flexible scope we had on loan was in addition to the pars we had and required a different container, not the original ones. The original containers were occupied by other loaner scopes. The container read "CONTAINER FOR LOANER SCOPES ONLY" in red ink and "This container will only fit in the VPRO sterrad, not NX" in black ink. The container did not specify the type of scope the container was for, as it could be used for either type of flexible scopes. It is the assembling tech's responsibility to identify the correct scope in the set.

In your grievance you also made reference to the fact that you would like to see the lid or scope in question as well. We will do our best to accommodate that request but instruments cannot always be held for the associate to see. Surgical instruments may be unique or single items that are needed immediately to be flashed for a patient and may not even be returned to CP to prove the mistake. If we can hold it, we will.

Based on my review and follow up I find that the information in this case supports the actions taken. As the actions are the result of a trend of repeated mistakes following your retraining and competency validation I agree with the rationale behind the decisions made with respect to your Final Written Notice and therefore I am denying your grievance.

Sincerely,

David Dobson
Director, Surgical Services

RJ00021