8/14/2014

I want to appeal my Director's decision regarding my grievance.

Thank you

*[signature]*

RJ00023

EXHIBIT

L-1b

DEPOSITION
EXHIBIT
25