OCT-21-2014 TUE 11:37 AM blgs telephone center     FAX NO. 1 406 247 1059     P. 02

  

OP1305588          0108242014          I2800090018

**Montana Department of**
**LABOR & INDUSTRY**
Unemployment Insurance Division

PO BOX 8020 HELENA MT 59604-8020
(406) 247-1000
FAX (406) 444-2699
Montana Relay: 711

10/21/2014

ST VINCENT HEALTHCARE
PO BOX 35200
BILLINGS MT 59107 5200

Claimant Name: ROXANNA K JACKSON

ID:

Claim Effective Date: 08/24/2014

The claimant has filed for a redetermination on her separation from your employment.

I contacted you by phone on 10/21/2014. I am faxing the attached questions per Kathy Smith's request.

**Please respond to the following questions on or before 10/29/2014. If we do not receive your response on or before 10/29/2014, a determination will be made using the information we have available.**

**IMPORTANT NOTICE: Per MCA 39-51-605 and ARM 24.11.208 failure to provide a timely and adequate response to this notice will waive your rights as an interested party. Additionally, any future overpayments linked to the separation determination on this claim will not be credited to your account.**

If you would like to give your response verbally, please call me at (406)247-1026. If your response includes written documentation, send it to the address above to be received no later than 10/29/2014. You may also choose to fax your response.

Remember to be as complete as possible. This information is needed so we can make a fair and correct decision on the claim. You are encouraged to submit any written documentation to substantiate your answers to any questions.

J Schweitzer
Customer Service Representative

(406)247-1026
FAX: (406) 444-2699

 

21654236          CE0704

Page 1 of 2

10/21/2014 Form: UI202A

DEPOSITION
EXHIBIT
_30_

SVH 0695



EXHIBIT

**L-17**

OCT-21-2014 TUE 11:37 AM blgs telephone center    FAX NO. 1 406 247 1059    P. 03

OP1305588    0108242014    I2800090018

10/21/2014
J Schweitzer
Claimant Name:  ROXANNA K JACKSON
SSN:
Employer:  ST VINCENT HEALTHCARE
Employer Account No.:

Claim Effective Date: 08/24/2014

**Note: All submitted information will be used as evidence and will be shared with other interested parties including the claimant.**

Signature: _Kathy Smith_

Name (Please Print): _Kathy Smith_

Title: _Director Human Resources_

Date: _10/23/14_

Telephone Number: _406-237-3144_

Fax Number: _406-237-3175_

**Preparer: Please sign and return to this office.**

Please respond to all of the following questions by 10/29/2014. If necessary, attach a separate sheet of paper. If you feel a question is not applicable or if you choose not to respond to a question, please indicate that below the question. Thank you.

Were you aware of the claimant having any learning disabilities that would affect her ability to do her job?

_No documentation in file related to disability. First indication came on note from physician on 10/16/13. Assessment was completed with recommendation that "might learn best by having things demonstrated_

If so, did the claimant request any accommodations due to this reason and what accommodations were made?

_to her rather than orally". A 6-week retraining period was implemented with return demonstration to validate competence in the work being performed. This process concluded in Feb 2014._

_Roxanna was interested in looking at other opportunities in Environmental Services & Food Services however not interested in working around patients or any cashier work._

Was the claimant informed that if she did not improve, she could be discharged? If yes, when and how was she informed?

_Yes — noted on all corrective action documents previously sent_
_6/25/14 - Verbal Reminder_
_7/16/14 - Written Reminder_
_7/22/14 - final written reminder_

Please provide any new or pertinent information related to the reason of separation that has not already been provided. Thank you.

_Issues addressed were related to quality of work - not the speed at which the work was completed._



21654236



CE0704

Page 2 of 2

10/21/2014 Form: UI202A

SVH 0696