# Instrument Assembly Time Trials

| Employee | Instrument Tray Name | Size Category | Time Started | Time Ended | Total Time | Comments |
|---|---|---|---|---|---|---|
| Employee N | total knee | small | 1852 | 1900 | 8 min | |
| | Long Lap | Medium | 1700 | 1710 | 10 min | flushing of grasphers, added time |
| | OH Tissue #1 | Large | 1905 | 1914 | 9 min | |
| Employee L | OS specials | Medium | 2012 | 2018 | 5 min | |
| | major lap | large | 1825 | 1832 | 8 min | |
| | synthes mid face (implants) | large | 2205 | 2230 | 25 min | passed restocking impants back to be washed |
| Employee E | vag hyst | large | 1122 | 1137 | 15min | had soiled item, passed back, added time |
| | lap chole | medium | 1303 | 1311 | 8 min | flushing of grasphers, added time |
| | Skyline (Implants) | large | 1404 | 1424 | 20 min | passed restocking impants back to be washed |
| Employee G | total knee | small | 1303 | 1311 | 8 min | |
| | Lap Chole | medium | 1012 | 1021 | 9 min | flushing of grasphers, added time |
| | Yorgason's Specials | large | 1504 | 1517 | 13 min | no implants used |
| Employee K | total knee | small | 1204 | 1213 | 9 min | |
| | D&H Valve Tray | Medium | 1402 | 1412 | 10 min | |
| | ortho hand | large | 1620 | 1638 | 18 min | passed restocking implants back to be washed |
| Employee D | D & C Lap Intro | small | 1112 | 1117 | 5 min | |
| | Small Frag Set | medium | 1212 | 1224 | 12 min | passed restocking implants back to be washed |
| | ortho hand | large | 1420 | 1434 | 14 min | passed restocking implants back to be washed |
| Employee A | OH Small Vascular | Large | 1545 | 1553 | 8.5 min | |
| | total knee | small | 1600 | 1604 | 4 min | |
| | minor foot | large | 1610 | 1617 | 7 min | no implants used |
| Employee O | Lap Chole | Medium | 2043 | 2050 | 7 min | |
| | Long Lap Inst Set | Large | 2113 | 2121 | 8 min | |
| | total knee | Small | 2130 | 2135 | 5 min | |
| Employee P | OH Small Vascular | Large | 1300 | 1309 | 9 min | |
| | Small Frag Set | Medium | 1313 | 1321 | 11 min | passed restocking impants back to be washed |
| | Yorgason's Specials | Large | 1337 | 1348 | 11 min | no implants used |
| Employee B | Minor Foot | Large | 1850 | 1857 | 7 min | no implants used |
| | Synthes Modular Hand | Large | 1858 | 1922 | 24 min | a lot of implants used in case, multiple trips to omni and back, lots of impaints had to be washed |
| | total knee | small | 1930 | 1934 | 4 min | |
| Employee C | OH #2 | Large | 1310 | 1317 | 7 min | |
| | D&H Valve | Medium | 1400 | 1405 | 5 min | |
| | Minor Foot | Large | 1410 | 1418 | 8 min | no implants used |
| Rox | D & C Lap Intro | Small | 1908 | 1916 | 8 min | |
| | Lap Chole | Medium | 2114 | 2126 | 12 min | flushing of grasphers, added time |
| | OH Small Vascular | Large | 1435 | 1501 | 26 min | |
| | Yorgason's Specials | Large | 1711 | 1727 | 16 min | no implants used |

Large Set - Over 50 Instruments
Medium Set - Over 30 Instruments
Small Set - Under 30 Instruments

PENGAD 800-631-6989

DEPOSITION EXHIBIT
31

tabbies

SVH 0686

EXHIBIT
L-18