# Instrument Assembly Time Trials

| Day | Instrument Tray Name | Size Category | Time Started | Time Ended | Total Time | Comments |
|---|---|---|---|---|---|---|
| 22-Jan | Total Knee | Small | 1222 | 1229 | 7 | |
| | | | 1231 | 1238 | 7 | |
| | | | 1239 | 1243 | 4 | |
| | | | 1244 | 1250 | 6 | |
| | | | 1629 | 1635 | 6 | |
| | | | 1637 | 1644 | 7 | |
| | | | 1651 | 1659 | 8 | |
| | | | 1731 | 1738 | 7 | |
| | | | 1740 | 1746 | 6 | |
| 21-Jan | Total Knee | Small | 1456 | 1504 | 8 | |
| | Total Hip Revision B | Medium | 1313 | 1321 | 8 | |
| | OS Specials | Large | 1532 | 1542 | 10 | |
| | OS Fusion | Medium | 1546 | 1555 | 9 | |
| 23-Jan | Major Bone | Large | 1215 | 1230 | 15 | |
| | Hardware Removal x2 | Small | 1233 | 1245 | 12 | |
| 22-Jan | Spine Basic | Medium | 1540 | 1547 | 7 | |
| | Ant. Lumbar Spine | Medium | 1846 | 1856 | 10 | |
| 23-Jan | Ant. Lumbar Spine | Medium | 1258 | 1307 | 9 | |
| | Minor Foot | Large | 1317 | 1335 | 18 | |
| | Goodmans Perc Cath | Small | 1337 | 1343 | 8 | |
| | Hip A | Small | 1418 | 1423 | 5 | |
| | Hip B | Medium | 1425 | 1433 | 8 | |
| | Hip B | Medium | 1437 | 1448 | 11 | |
| | Minor Foot | Large | 1317 | 1335 | 19 | |
| | Goodmans Perc Cath | Small | 1337 | 1343 | 6 | |
| | Hip B | Large | 1425 | 1433 | 8 | |
| | Hip A | Small | 1418 | 1423 | 5 | |
| | Spine Basic | Medium | 1600 | 1609 | 9 | |
| | Goodmans Specials | Medium | 1610 | 1619 | 9 | |
| | OmniTract NR Retr | Medium | 1631 | 1635 | 4 | |
| | Sukins Post Hip | Large | 1745 | 1802 | 17 | |
| 24-Jan | Crani | Large | 1607 | 1630 | 23 | |
| | Micro Crani | Small | 1820 | 1826 | 6 | |
| | Ortho Hand | Large | 1843 | 1907 | 24 | |

Large Set - Over 50 Instruments

Medium Set - Over 30 Instruments

Small Set - Under 30 Instruments

Yellow Highlight - Trays she needs to focus on

Green Highlight - Trays she is doing well on

No Color - Average Time



PENGAD 800-631-6989

DEPOSITION EXHIBIT
30



tabbies®

EXHIBIT
19-7

SVH 0676

| | | | | | |
|---|---|---|---|---|---|
| Minor Foot | Large | 1912 | 1929 | 17 | |
| Spine Basic | Medium | 1650 | 1701 | 11 | |
| Copelands Specials | Small | 1745 | 1753 | 8 | |
| Roccisanos Specials | Small | 1805 | 1815 | 10 | |
| Spine Basic | Medium | 1208 | 1218 | 10 | |
| Spine Basic | Medium | 1219 | 1230 | 11 | |
| Carpal Tunnel | Small | 1232 | 1237 | 5 | |
| Versa Trac | Small | 1257 | 1304 | 7 | |
| OS Specials | Large | 1328 | 1338 | 10 | |
| Navigation Trays x 3 | Small | 1340 | 1349 | 9 | |
| Hardware Removal x 2 | Small | 1502 | 1514 | 12 | Stopped twice to assist co-worker |
| OS Fusion | Medium | 1515 | 1527 | 12 | |
| Minor Foot | Large | 1329 | 1349 | 20 | |
| Hip B | Large | 1437 | 1448 | 11 | |

SVH 0677

Case 1:15-cv-00115-SPW   Document 19-30   Filed 11/17/16   Page 3 of 10

SVH 0678

## Instrument Assembly Time Trials

| Day | Instrument Tray Name | Size Category | Time Started | Time Ended | Total Time | Comments |
|-----|---------------------|---------------|--------------|------------|------------|----------|
| 28-Jan | OH Small Vascular | Large | 1210 | 1235 | 25 | |
| | Major Lap | Large | 1315 | 1329 | 14 | Assembled Bottom first then stringer |
| | Tonsil Set | Small | 1435 | 1443 | 8 | |
| | DaVinci Intro Lap | Small | 1425 | 1430 | 5 | |
| | Thoroscopy Extras | Small | 1800 | 1804 | 4 | |
| | Lap Chole | Small | 1805 | 1820 | 15 | Explained the lap grasper differences- had to flush instrumentation with milk |
| | Roccisano Specials | Small | 1338 | 1343 | 8 | |
| | DaVinci Urology Tray | Small | 1545 | 1547 | 2 | |
| | Major Lap | Large | 1605 | 1618 | 13 | |
| | Major Lap | Large | 1902 | 1916 | 14 | |
| | Glassman Clamps | Small | 1855 | 1857 | 2 | |
| 29-Jan | VSP Hardware Removal | Small | 1255 | 1301 | 6 | |
| | Klepps Specials | Medium | 1305 | 1312 | 7 | |
| | Major Lap | Large | 1319 | 1333 | 14 | |
| | Anterior Cervical | Medium | 1345 | 1402 | 17 | Missing Instrumentation |
| | Goodmans Specials | Small | 1508 | 1517 | 9 | |
| | Yorgasons Tray | Large | 1605 | 1624 | 19 | |
| | Klepps Specials | Medium | 1750 | 1800 | 10 | |
| | OS Fusion | Medium | 1829 | 1835 | 7 | |
| | Major Lap | Large | 1839 | 1846 | 7 | |
| | Omni Tract NR | Small | 1552 | 1958 | 6 | |
| | Major Lap | Large | 1559 | 2014 | 15 | |
| | Copelands Specials | Small | 1445 | 1459 | 14 | |
| | Lap Chole | Medium | 1435 | 1443 | 8 | - |
| 31-Jan | Spine Basic | Medium | 1226 | 1238 | 12 | |
| | OS Fusion | Medium | 1240 | 1310 | 30 | |
| | ENT Basic | Small | 1242 | 1305 | 23 | Empty Washer |
| | T&A | Small | 1427 | 1430 | 3 | |
| | DaVinci Intro Lap | Small | 1438 | 1442 | 4 | |
| | OH Small Vascular | Large | 1442 | 1510 | 28 | |
| | Scheers Specials x 2 | Small | 1847 | 1857 | 10 | |
| | Amputation Tray | Small | 1903 | 1907 | 4 | |
| | SM. Hardware Removal | Small | 1908 | 1913 | 5 | |

Large Set - Over 50 Instruments

Medium Set - Over 30 Instruments

Small Set - Under 30 Instruments

# Instrument Assembly Time Trials

| Day | Instrument Tray Name | Size Category | Time Started | Time Ended | Total Time | Comments | |
|---|---|---|---|---|---|---|---|
| 4-Feb | Major Lap | Large | 1223 | 1235 | 12 | Same | |
| | Spire Specials | Small | 1247 | 1253 | 6 | | |
| | Anterior Cervical | Medium | 1310 | 1323 | 13 | | |
| | Spine Basic | Medium | 1335 | 1345 | 10 | Same | |
| | Basic Closed Rodding | Small | 1346 | 1353 | 7 | | |
| | ABD Hyst | Small | 1428 | 1432 | 4 | | |
| | Vascular Specials | Medium | 1440 | 1452 | 12 | Missing Instrumentation | |
| | Small Vascular | Large | 1457 | 1518 | 21 | | Getting faster by minutes |
| | Spine Basic | Medium | 1612 | 1620 | 8 | | |
| | Gamma Nail Basic Inst | Medium | 1655 | 1705 | 10 | | |
| | Gamma Nail Optional | Medium | 1643 | 1653 | 10 | | |
| | Small Vascular | Large | 1940 | 1959 | 19 | | Getting faster by minutes |
| | Vascular Specials | Medium | 2002 | 2042 | 40 | Stop to Empty Cart Washer | |
| 5-Feb | Major Lap | Large | 1212 | 1223 | 11 | | |
| | Rectal Set Hospital | Small | 1226 | 1238 | 12 | | |
| | Vag Hyst | Small | 1256 | 1312 | 16 | | |
| | C-Section | Medium | 1313 | 1320 | 7 | | |
| | D&C | Medium | 1328 | 1336 | 8 | | |
| | Lap Chole | Medium | 1338 | 1346 | 8 | | |
| | Cerclage Wire & Insts | Small | 1350 | 1352 | 2 | | |
| | Extra Hawkins Shoulder | Small | 1508 | 1511 | 3 | | |
| | Stealth Trays x 4 | Small | 1515 | 1535 | 17 | Stopped for 2 minutes to find missing instrument | |
| | VSP Hardware Removal | Small | 1616 | 1622 | 4 | Stopped for 4 minutes to find missing instrument | |
| | Major Tissue #2 | Medium | 1810 | 1832 | 15 | Stopped for 7 minutes | |
| 6-Feb | Scheers Specials | Small | 1208 | 1214 | 6 | | |
| | Hip A | Small | 1218 | 1225 | 7 | | |
| | Hip B | Med | 1232 | 1238 | 6 | | |
| | Stealth Station x 2 | Small | 1244 | 1248 | 4 | | |
| | Hip A | Small | 1330 | 1338 | 8 | | |
| | Hip B | Medium | 1339 | 1343 | 4 | | |
| | Major Tissue #2 | Medium | 1423 | 1436 | 13 | | |
| | Ant. Cervical | Medium | 1518 | 1538 | 20 | | |
| | Small Vascular | Large | 1618 | 1631 | 13 | | |
| | Vascular Specials | Small | 1743 | 1748 | 5 | | |
| | Minor Foot | Large | 1757 | 1835 | 18 | | |

SVH 0679

| | | | | | | |
|---|---|---|---|---|---|---|
| | Ortho Hand | Large | 1846 | 1903 | 18 | |
| | Ortho Hand | Large | 1914 | 1928 | 14 | |
| 7-Feb | Spine Basic | Medium | 1227 | 1235 | 8 | |
| | Roccisano Specials | Small | 1247 | 1252 | 5 | |
| | Total Knee | Small | 1257 | 1303 | 6 | |
| | Major Lap | Large | 1325 | 1334 | 9 | |
| | Radical Prostate | Small | 1338 | 1343 | 5 | |
| | Vascular Specials | small | 1348 | 1355 | 7 | |
| | Small Vascular | Large | 1424 | 1429 | 5 | Left to empty the washers |
| | | | 1437 | 1450 | 13 | |
| | Small Vascular | Large | 1525 | 1538 | 13 | |
| | Vascular Specials | Small | 1553 | 1605 | 7 | |
| | C-section | Medium | 1823 | 1830 | 7 | |
| | Total Knee | Small | 1844 | 1850 | 6 | |
| | | | | | | |

SVH 0680

SVH 0681

# Instrument Assembly Time Trials

| Day | Instrument Tray Name | Size Catego | Time Started | Time Ended | Total Time | Comments |
|---|---|---|---|---|---|---|
| 10-Feb | Omni Ant Lumbar | Small | 1300 | 1310 | 10 | |
| | Scheers Specials | Small | 1342 | 1346 | 4 | |
| | Hip A | Small | 1352 | 1358 | 6 | |
| | Hip B | Medium | 1437 | 1448 | 11 | |
| | Vascular Specials | Small | 1545 | 1555 | 10 | |
| | Carotid Set | Small | 1640 | 1700 | 20 | |
| | DCS Implant | Medium | 1808 | 1820 | 12 | |
| | DHS Implant | Medium | 1821 | 1832 | 11 | |
| | Synthes 4.5/6.5/5.5 Screw Set | Medium | 1832 | 1845 | 13 | |
| | Major Tissue #1 | Medium | 1848 | 1912 | 17 | |
| | Basic Lrg Frag | Small | 1920 | 1945 | 25 | |
| | Valvegate Minimally Invasive | Medium | 1948 | 2000 | 12 | |
| | OH Valve Set | Small | 2008 | 2014 | 6 | |
| | Major Tissue #2 | Medium | 2015 | 2027 | 12 | |
| | Yorgasons Specials | Large | 2047 | 2104 | 17 | faster by 2 minutes |
| | Spine Basic | Medium | 2108 | 2117 | 9 | |
| | Spire Specials | Small | 2120 | 2125 | 5 | |
| 11-Feb | Sukins Ant. Hip | Large | 1220 | 1228 | 8 | |
| | Omni Ant. Lumbar | Small | 1235 | 1243 | 8 | |
| | Ant. Lumbar Spine | Medium | 1244 | 1253 | 9 | |
| | Total Hip Rev A | Small | 1302 | 1308 | 6 | |
| | Total Hip Rev B | Small | 1310 | 1316 | 6 | |
| | Harware Removal Set | Small | 1327 | 1334 | 7 | |
| | AAA # 1 | Large | 1445 | 1502 | 17 | |
| | AAA # 2 | Large | 1625 | 1643 | 18 | |
| | Small Vascular | Small | 1644 | 1650 | 6 | |
| | Expedium Implant | Large | 1843 | 1904 | 21 | |
| | DaVinci Long Lap | Medium | 1924 | 1929 | 5 | |
| | Lap Chole | Medium | 1952 | 2000 | 8 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | OH Minor Tissue | Medium | 2010 | 2025 | 15 | |
| | Small Tissue | Medium | 2033 | 2037 | 4 | |
| | DaVinci General Insts | Small | 2053 | 2100 | 7 | |
| 14-Feb | Navigation Anchoring | Medium | 1303 | 1309 | 6 | |
| | Copeland Specials | Small | 1748 | 1755 | 7 | |
| | Ant Cervical | Medium | 1908 | 1922 | 14 | |
| | Ant Cervical | Medium | 1925 | 1939 | 14 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

SVH 0682

# Instrument Assembly Time Trials

| Day | Instrument Tray Name | Size Category | Time Started | Time Ended | Total Time | Comments |
|---|---|---|---|---|---|---|
| 17-Feb | Minor Foot | Large | 1550 | | 14 | |
| | Hip A | Small | 1605 | 1610 | 5 | |
| | Hip B | Medium | 1612 | 1616 | 4 | |
| | Long Lap Insts | Large | 1616 | | 21 | Had to flush insts out |
| | Long Lap Insts | Large | 1648 | 1701 | 13 | |
| | Sag Saws X 4 | Small | 1737 | 1745 | 8 | |
| | Power Trays X 4 | Small | 1747 | 1755 | 8 | |
| | Total Knee X 2 | Medium | 1815 | 1826 | 11 | |
| | Total Knee X 2 | Medium | 1828 | 1840 | 12 | |
| | Crani Set | Large | 2242 | 2304 | 22 | Missing Beaver Knife Handle Had to Find a Replacement |
| | Micro Crani Set | Small | 2314 | 2320 | 6 | |
| | Spire Specials | Small | 2323 | 2328 | 5 | |
| 18-Feb | Minor Foot | Large | 1608 | 1620 | 12 | Better by 2 minutes |
| | Total Knee | Medium | 1628 | 1637 | 9 | |
| | Scheer Specials | Small | 1846 | 1852 | 6 | |
| | Major Lap | Large | 1957 | 2008 | 11 | |
| 20-Feb | Anterior Lumbar | Medium | 1532 | 1540 | 8 | |
| | Locking Small frag | Large | 1748 | 1823 | 35 | Asked for assistance from Heather |
| | Valvegate Minimally Invasive | Large | 1848 | 1903 | 15 | |
| | Scheers Specials | Medium | 1929 | 1935 | 6 | |
| | Locking Small frag | Large | 2042 | 2100 | 18 | Improved greatly from the first set |
| 25-Feb | Small Vascular | Large | 1745 | 1807 | 22 | |
| | Hip B | Medium | 1826 | 1830 | 4 | |
| | Hip A | Small | 1832 | 1838 | 6 | |
| | Scheers Specials | Medium | 1837 | 1841 | 4 | |
| | Small Vascular | Large | 2236 | 2250 | 14 | |
| | Vascular Specials | Medium | 2251 | 2257 | 6 | |
| 26-Feb | Lap Chole | Medium | | | 8 | |
| | Major Lap | Large | | | 11 | |
| | Vag Hyst | Medium | | | 15 | |
| | Synthes Locking Small Frag | Large | | | 7 | Not Used |

SVH 0683

| | | | | |
|---|---|---|---|---|
| Minor Foot | Large | | | 14 |
| Yorgasons Specials | Large | | | 17 |
| Small LCP Small Frag | Large | 1852 | 1922 | 30 Used |
| Anterior Cervical | Medium | 1927 | 1941 | 14 |
| Major Bone | Large | 1947 | 1957 | 10 |

SVH 0684

| Trays to Continue to Improve Time | Average Time Trays | Great Tray Times |
|---|---|---|
| OH CAROTID | TOTAL KNEE | HIP B |
| SYNTHES LOCKING SMALL FRAG | CRANI | HIP A |
| VALVE GATE MINIMALLY INVASIVE | YORGASONS SPECIALS | VASCULAR SPECIALS |
| VAG HYST | MINOR FOOT | SCHEERS SPECIALS |
| OH SMALL VASCULAR | LONG LAP INSTRUMENTS | ROCCISANO SPECIALS |
| SINGLES | MICRO CRANI SET | VSP HARDWARE REMOVAL |
| AAA #1 | ANTERIOR CERVICAL | EXTRA HAWKINS SHOULDER |
| AAA #2 | MAJOR LAP | CERCLAGE WIRE & INSTRUMENTS |
| EXPEDIUM IMPLANT | MAJOR BONE | ABD HYST |
| HOSPITAL RECTAL SET | ALL DAVINCI INSTRUMENTATION | THORACOSCOPY EXTRAS |
| KLEPPS SPECIALS | LAP CHOLE | T&A |
| OS FUSION | SPIRE SPECIALS | GLASSMAN CLAMPS |
| SUKINS POST HIP | ALL POWER TRAYS | HARDWARE REMOVAL |
| IMPLANT TRAYS | OMNI ANTERIOR LUMBAR SET | OH VALVE SET |
| ENT BASIC | SYNTHES DCS IMPLANT | |
| LIGHT PLASTIC | SYNTHES DHS IMPLANT | |
| | SPINE BASIC | |
| | OH MAJOR TISSUE 1 | |
| | OH MAJOR TISSUE 2 | |
| | SUKINS ANTERIOR HIP | |
| | COPELANDS SPECIALS | |
| | NAVIGATION ANCHORING | |
| | C-SECTION | |
| | RADICAL PROSTATE | |
| | ORTHO HAND | |
| | D&C | |
| | GAMMA NAIL BASIC | |
| | GAMMA NAIL OPTIONAL | |
| | BASIC CLOSED RODDING | |
| | AMPUTATION TRAY | |
| | GOODMANS SPECIALS | |
| | TONSIL SET | |
| | OMNI TRACT NR | |
| | TOTAL HIP REVISION A | |
| | TOTAL HIP REVISION B | |
| | GOODMANS PERC CATH | |
| | SUKINS SPECIALS | |
| | ANTERIOR LUMBAR | |
| | HEAVY PLASTIC | |
| | SCOPES | |
| | CAMERAS | |
| | LIGHT CORDS | |

SVH 0685