# HUSCH BLACKWELL

Emma L. Nagengast
Attorney

1700 Lincoln Street, Suite 4700
Denver, CO 80203
Direct: 303.749.7267
Fax: 303.749.7272
emma.nagengast@huschblackwell.com

April 27, 2015

**VIA E-MAIL**

Meg McNelly Bennett
Investigator
Montana Human Rights Bureau
P.O. Box 1728
Helna, MT 59624-1728
mbennett@mt.gov

        Re:    Request for Information: Roxanna Jackson and St. Vincent Hospital,
               Charge No. 015101756, 32D-2015-00035C

Dear Ms. Bennett:

St. Vincent Healthcare ("St. Vincent") submits this supplemental response to the Request for Information (the "Request") with regard to Roxanna Jackson's ("Jackson") Charge of Discrimination. Specifically, we have updated the response of April 16, 2015 request numbers 5, 7, and 8, to include the employees' age and disability status.

This response and the attached documents are confidential and St. Vincent submits the attached with the express understanding that the information will remain confidential.

Please let me know if you have any questions regarding the information submitted.

Sincerely,

Emma L. Nagengast

Attachments

DEN-61990-1

Husch Blackwell LLP



DEPOSITION
EXHIBIT
34



SVH 0603

EXHIBIT
L-20

*MONTANA DEPARTMENT OF LABOR & INDUSTRY*
EMPLOYMENT RELATIONS DIVISION
HUMAN RIGHTS BUREAU

Information Request Response
Case Number 0151017156
*Roxanne Jackson v. St. Vincent's Hospital*
Updated April 27, 2015

Please provide the following information on Charging Party:

1) Provide a description of Charging Party's condition/s as Respondent understood it.

   a. date Respondent first became aware that Charging Party had a disability and how it was discovered;
   b. how condition affected her job;
   c. why you believe the Charging Party is or is not disabled.

   St. Vincent provided this information in its Position Statement.

2) Provide a summary of discussions, in chronological order, that Respondent had with Charging Party regarding her condition(s), including:

   a. dates of conversations;
   b. what the Charging Party told Respondent about her condition;
   c. how Charging Party said it affected her functioning on and off the job;
   d. what accommodations Charging Party requested, if any.

   To St. Vincent's knowledge, the Charging Party spoke with Annette Hoffman on the following dates: October 24, 2013, December 9, 2013, February 29, 2014, March 27, 2014, May 9, 2014, May 30, 2014, June 2, 2014, June 9, 2014, July 16, 2014, July 17, 2014, August 28, 2014, September 5, 2014, September 16, 2014, October 10, 2014, October 27, 2014, and December 1, 2014.

   The Charging Party and Ms. Hoffman had general discussions regarding the Charging Party's job performance. The Charging Party was uncertain of her ability to meet the time requirements. Ms. Hoffman suggested an evaluation to assist in understanding what tools the Charging Party needed to meet the job requirements. The Charging Party agreed to the evaluation. As a result of the evaluation, St. Vincent developed a personalized retaining program for Jackson, and appointed Ms. Hoffman to serve a mediator between the Charging Party and her manager.

DEN-61983-1                                     1

CONFIDENTIAL

SVH 0604

3) Provide a chronological summary of discussions, if any, the Respondent had with Charging Party's medical provider/s regarding her condition.

St. Vincent provided any responsive information for this request in its Position Statement.

4) Please provide Charging Party's performance appraisals for the past three years;

St. Vincent provided any responsive information for this request in its Position Statement.

5) Provide a list of all employees who were accommodated because of a temporary or permanent physical or mental condition, including those on workers' compensation or any health, temporary disability or sick leave plan for the period October 2012 to October 2014. This may include, but is not limited to job restructuring, modified work schedules and reduction of hours, reassignment to a vacant position or acquisition or modifications of policies, equipment or devices, including help from others. Identify each by:

    a. name, last known address & telephone number;
    b. supervisor's name;
    c. reason for leaving, if no longer employed;
    d. accommodation made, the date, and for which job duties;
    e. if still employed, state if accommodation is still being provided and if not, why not;
    f. age of each individual

Please see Updated Exhibit A in response to this request. Updated Exhibit A lists all employees who were accommodated from October 2012 to October 2014.

Of the employees accommodated, as shown in Updated Exhibit A, only one employee was an instrument technician. *See* Updated Exhibit A employee numbers 10 and 38.

6) What is the total number of individuals employed by Respondent? How many of these individuals claim a disability?

St. Vincent currently has 2,023 employees. To St. Vincent's knowledge, six current employees claim a disability. St. Vincent may not have knowledge of all employees with a disability, because claiming disability status is a self-identification process.

DEN-61983-1

2

CONFIDENTIAL

SVH 0605

7) How many employees have been terminated in the past three years? Of those, please state the number of employees who had disabilities. Please provide their names, most recent contact information and disability, as well as reason for termination.

St. Vincent has terminated the employment of approximately 53 employees in the past three years. To St. Vincent's knowledge none of these employees had a disability. St. Vincent may not have knowledge of all employees with a disability, because claiming disability status is a self-identification process.

Respondent was the only instrument technician terminated from October 2012 to October 2014.

8) Please identify the number of instrument techs who have been disciplined/terminated in the past three years due to making mistaking and/or performing their duties too slowly. Please provide their ages and state if they have a disability.

In 2012, approximately six instrument techs were disciplined for making mistakes or performing their duties too slowly.

| Employee | Age at time of discipline | Disability |
|---|---|---|
| 6 | | None |
| 4 | | None |
| 10 | | None |
| 8 | | None |
| 1 | | None |
| 2 | | None |

In 2013, approximately eight instrument techs were disciplined for making mistakes or performing their duties too slowly.

| Employee | Age at time of discipline | Disability |
|---|---|---|
| 6 | | None |
| 15 | | None |
| 13 | | None |
| 4 | | None |
| 10 | | None |
| 8 | | None |
| 3 | | None |
| 2 | | None |

DEN-61983-1

3

CONFIDENTIAL

SVH 0606

In 2014, approximately nine instrument techs were disciplined for making mistakes or performing their duties too slowly, excluding Respondent.

| Employee | Age at time of discipline | Disability |
|----------|---------------------------|------------|
| 17 | | None |
| 16 | | None |
| 6 | | None |
| 15 | | None |
| 13 | | None |
| 4 | | None |
| 10 | | None |
| 9 | | None |
| 8 | | None |

**Please note that Respondent asserts privacy rights over all information pertaining to other employees. This will ensure that all such information is placed in the confidential section of the investigative file.**

DEN-61983-1                                    4

CONFIDENTIAL

SVH 0607

| Employee Number | Date | Accommodation | Current Age | Terminated? If so reason. | Supervisor |
|---|---|---|---|---|---|
| | | **Non-Work. Comp.** | | | |
| 1 | 2010-2015 | Additional leave time beyond FMLA; intermittent leave; moved to day shift position; moved to non-acute care position; employee still unable to meet essential functions of position (continued absences from work); resigned | ▮ | Resigned; unable to meet essential job function of presence at work | ▮ |
| 2 | 8/2014 | 1 day away | | Probationary Term | |
| 3 | 9/2014 | 9 days restricted-lifting | | | |
| 4 | 4/2014 | 7 days restricted-lifting | | | |
| 5 | 10/2014 | RTW with restrictions 10/27- resigned | | | |
| 6 | 10/2014 | Needs sedentary work- RTW 12/2014 - Her position is sedentary | | Resigned; health reasons | |
| 7 | 10/2014 | RTW briefly in November – out for surgery- 2/3/15 released to work with restrictions- 3/3/2015 lifting | | | |
| 8 | 8/2014 | Job different than anticipated. Worked with her to meet needs- found better fit in Health Access 11/2014 | | | |
| 9 | 10/2014 | Does not think she can return to work- discussed job options- Employment ended | | Termination; unable to RTW from LOA | |
| 10 | 9/2014 | Surgery for serious health condition- multiple discussions with Associate and daughter. Granted additional leave time; f/u | | | |
| | | | | | |
| | | **Workers' Comp.** | | | |
| 11 | 10/2012 | 10 days away from work | ▮ | | |
| 12 | 10/2012 | 7 days restricted- no climbing | ▮ | | |

CONFIDENTIAL

Updated Exhibit A, 4/27/2015
Confidential

SVH 0608

| | | | | | |
|---|---|---|---|---|---|
| 13 | 10/2012 | 7 days restricted- lifting | | | |
| 14 | 11/2012 | 4 days restricted-lifting | | Resigned; job not a good fit | |
| 15 | 11/2012 | 8 days restricted/ 69 days lost- | | | |
| 16 | 11/2012 | 114 days lost-limited use L wrist | | | |
| 17 | 12/2012 | 6 days restricted-lifting | | | |
| 18 | 12/2012 | 6 days restricted- limited use of hand | | | |
| 19 | 1/2013 | 1 day restricted-limit use of hand | | Retired | |
| 20 | 1/2013 | 11 days away/24 days restricted-limit use of hand | | Resigned; personal reasons | |
| 21 | 1/2013 | 17 days away/ 72 restricted-limit lifting | | Resigned | |
| 22 | 2/2013 | 7 days restricted-lifting | | Resigned | |
| 23 | 4/2013 | 25 days restricted- lifting | | Retired | |
| 24 | 4/2013 | 28 days away from work/30 days restricted-lifting | | | |
| 25 | 6/2013 | 6 days restricted- lifting | | Quit without notice | |
| 26 | 7/2013 | 5 days restricted-sedentary work | | | |
| 27 | 8/2013 | 118 days restricted- lifting | | | |
| 28 | 9/2013 | 24 days restricted-sedentary | | | |
| 29 | 9/2013 | 39 days lost- resigned | | Quit without notice | |
| 30 | 9/2013 | 1 day lost | | Quit without notice | |
| 31 | 9/2013 | 1 day lost | | | |
| 32 | 10/2013 | 27 days away/ 83 days restricted-lifting | | Resigned; other job | |
| 33 | 11/2013 | 7 days restricted-lifting | | Resigned; other job | |
| 34 | 11/2013 | 6 days restricted-lifting | | | |
| 35 | 12/2013 | 75 days away/36 days restricted - Restricted hours and limited activity | | | |
| 36 | 2/2014 | 18 days restricted/ 72 lost - Limit walking and no stairs | | | |
| 37 | 4/2014 | 118 days restricted/ 1 lost-lifting | | | |
| 38 | 5/2014 | 10 days restricted- lifting | | | |
| 39 | 5/2014 | 76 days restricted- elevate foot | | | |
| 40 | 9/2014 | 44 days restricted-lifting | | | |
| 41 | 10/2014 | 44 days restricted- lifting | | | |

CONFIDENTIAL

Updated Exhibit A, 4/27/2015
Confidential

SVH 0609

| 42 | 10/2014 | 6 days restricted- lifting | | ■ | | ■ | |

CONFIDENTIAL

Updated Exhibit A, 4/27/2015
Confidential

SVH 0610