ASSOCIATE PERFORMANCE PLANNING & REVIEW DOCUMENT

| Associate ID # | First Name | M.I. | Last Name |
|---|---|---|---|
| 8234 | Roxanne | | Jackson |

| Process Level - Cost Center | Job Title |
|---|---|
| 212 - 55091 | Non-Certified Instrument Tech |

Department Name
Central Processing

Due Date (mm/dd/yyyy) / /

Review Period (mm/dd/yyyy) 01 / 01 / 2013 to 12 / 31 / 2013

Purpose of Form
(Type an X in the appropriate box)
[X] Annual Performance Planning & Review

Supervisor Name
Heather Frantel

Supervisor ID Number
16576

[ ] 6 Month Review

[ ] Follow Up on Performance Planning & Review

Method of Measurement and Evaluation Used (Type an X as appropriate)    [X] Manager Review

### Rating Key

| 5 - Far Exceeding Expectations | 4 - Exceeding Expectations | 3 - Meeting Expectations | 2 - Meeting Some Expectations | 1 - Does Not Meet Expectations |
|---|---|---|---|---|

### Rating

**Overall Performance Level**

Meeting Expectations

Rating    2.63

| Performance Levels | Rating Scale |
|---|---|
| 5 - Far Exceeding Expectations | 4.55-5.00 |
| 4 - Exceeding Expectations | 3.55-4.54 |
| 3 - Meeting Expectations | 2.55-3.54 |
| 2 - Meeting Some Expectations | 1.55-2.54 |
| 1 - Does Not Meet Expectations | 0.00-1.54 |

The auto-calculated Overall Performance Level is a output based upon the manager ratings.

When warranted, the manager may modify the Overall Performance Level based upon individual circumstances. A manager must consult with their HR Business Partner prior to any modification of the performance level.

### Principle Job Duties

Performance of principal duties of the job (job description with principal duties listed)    Ratings Calculation Spreadsheet

Summary comments in this section are optional since individual ratings are provided for each Essential Function on the attached Ratings Worksheet

Roxanne is very knowledgable technician and is quick to point out issues that need to be addressed by the management team. She offers solutions to process problems by using her years of experience.

Principle Duties Performance Level

Meeting Expectations

Proceed with Evaluation

DEPOSITION EXHIBIT 35    PENGAD 800-631-6989

SVH 0177

EXHIBIT L-21    tabbies

## ASSOCIATE PERFORMANCE PLANNING & REVIEW DOCUMENT

| | Goals (50% of Total) | | | | | | |
|---|---|---|---|---|---|---|---|

| PILLAR | GOALS | Summary | | | | | |
|---|---|---|---|---|---|---|---|
| PEOPLE | Drive associate engagement by participating in annual SCLHS Associate Survey. Where 93% is the target. | | 18.0% | | 93 | | 94 | 5 |
| | Improve overall partnership score percentile ranking in the PG Database in comparison to facilities with a similar bed size of 150-299. | | 80.0% | | 81 | | 84 | 3 |
| SERVICE | Improve the service to our internal stakeholders by increasing the overall mean score to a target of 4.37 on the quarterly interdepartmental survey by year end 2013. | | 15.0% | | 4.37 | | 4.12 | 2 |
| FINANCE | Drive financial performance to allow for future growth and investment by maintaining a minimum YTD of 100% department productivity throughout the 2013 calendar year. | | 26.0% | | 100.0 | | 118.7 | 5 |
| QUALITY | Decrease the amount USS rates to approval rate of 1.5% or below overall steam sterilization by year end 2013. | | 10.0% | | 1.5 | | 1.2 | 3 |
| | Increase inventory turns to 20.63 by the end of 2013. | | 5.0% | | 20.63 | | 20.84 | 5 |
| | Goal (manager populates at start of review year) | | | | | | | |

| Weighting Total Must Equal 100% | 100% | Goal Performance Level | Exceeding Expectations | Rating | 3.65 |
|---|---|---|---|---|---|

SVH 0178

**ASSOCIATE PERFORMANCE PLANNING & REVIEW DOCUMENT**

**Mission Statement**

*We reveal and foster God's healing love by improving the health of the people and communities we serve, especially those who are poor and vulnerable.*

**Values & Behaviors (60% of Total)**

| Demonstrates Core Values & Behaviors | | Self Evaluation | Manager Rating |
|---|---|---|---|
| **Excellence** | We demonstrate professionalism in our behavior and appearance. · We set high standards and work to proactively reach our goals. · We provide clear explanations of processes and plans of care to those we serve. | 3 | 2 |
| We set and surpass high standards | We ask for, listen to, respond to and follow through on questions or concerns. · We end conversations by asking if anything else is needed and follow up appropriately. · We are accountable for our actions and performance. · We support excellence by adhering to best practices and looking for creative and innovative solutions. · We demonstrate a commitment and openness to learning. | Meeting Expectations | Meeting Some Expectations |
| **Caring Spirit** | We treat everyone with dignity and compassion. · We acknowledge and respect diversity by appropriately responding to each individual. · We actively listen and wait for others to finish speaking before we respond. | 3 | 2 |
| We honor the sacred dignity of each person | We introduce ourselves with our name and our role. · We say please & thank you in our interactions with others. · We communicate clear expectations and encourage others to ask questions. · We assume good intentions. | Meeting Expectations | Meeting Some Expectations |
| **Stewardship** | We reuse, recycle & seek opportunities to be environmentally responsible. · We continually seek to improve processes and performance outcomes. · We make decisions based on our core values. | 3 | 1 |
| We are accountable for the resources entrusted to us | We minimize waste and optimize resources to control the cost of care. · We willingly share our knowledge and expertise with others. · We keep our environment quiet, clean & safe. · We are actively involved in the communities we serve. | Meeting Expectations | Does Not Meet Expectations |
| **Integrity** | We apologize for inconveniences and do not make excuses. · We explain and educate in a way that others can understand. · We follow up and share results. · We provide clear, honest & concise information, avoiding technical or professional jargon. | 3 | 1 |
| We do the right thing with openness and pride | We ask patients and visitors their preferences and strive to exceed their expectations. · We keep private information confidential and adhere to HIPAA guidelines. · We promote St. Vincent Healthcare and Sisters of Charity of Leavenworth Health System in a positive manner, refrain from criticism, and take constructive feedback to appropriate individuals. · We communicate promptly and appropriately, following up to ensure needs are addressed. | Meeting Expectations | Does Not Meet Expectations |
| **Good Humor** | We support and actively participate in organizational change. · We smile, make appropriate eye contact and greet everyone in a warm and respectful manner. · We demonstrate a commitment to the balance between personal and work life. | 3 | 2 |
| We create joyful and welcoming environments | We recognize and encourage positive behaviors and provide private constructive feedback when appropriate. · We work as a team and value the contributions of all team members. · We take initiative to help when people are in need. · We offer assistance to people who appear lost and accompany them to their destination. | Meeting Expectations | Meeting Some Expectations |

Values and Behaviors Performance Level:  **Meeting Some Expectations**  Rating: 1.60

SVH 0179

## ASSOCIATE PERFORMANCE PLANNING & REVIEW DOCUMENT

### Summary Comments

| | |
|---|---|
| Employee Comments | |
| Manager Comments | Roxanne is strong in the decontamination and sterilization areas of the department. She is also very familiar with the SR instrumentation and a great source of knowledge. We would like to see Roxanne improve in the instrument assembly areas; her instrument assembly times, her multi-tasking skills, and the accuracy of the instrument set. She will be undergoing 6 weeks of training in this area to help her to improve. In addition, Roxanne has positive relationships with the majority of her co-workers, it would be beneficial to the team for her to improve the relationships, that are negative, with some associates. Roxanne needs to focus more on the quality of her work rather than her co-workers work ethics and processes. Roxanne struggles with adhering to changes and the demands in volumes. She often refers to the way things used to be, rather than looking towards the future and supporting management's decisions. We would like to see some improvement in this area. In spite of this, Roxanne comes into work on-time and in a light-hearted mood. |

Include comments on strengths and areas for improvement

### Compliance Requirements (only mark if applicable to job function)

| | | |
|---|---|---|
| [x] Completed annual education requirements | [x] Job Competencies have been verified as required | [x] Confidentiality Agreement signed |
| [x] Licenses and certification required for job are current | [x] HIPAA education complete | |

### Signatures

ELECTRONIC SIGNATURE: My signature acknowledges that I have reviewed the contents of this review form, and does not imply my agreement with the contents. In addition, my signature reaffirms my commitment to confidentiality in accordance with both federal and state regulations and company guidelines. Note that these documents are being certified electronically in lieu of written signatures. The presence of typed names and dates is an electronic record that both the Employee and Supervisor have discussed and certified the Employee's performance and accomplishment on objectives.

ASSOCIATE REVIEW: This appraisal has been reviewed with me and I understand my ratings. If applicable, I have been counseled on areas that need improvement, and / or how I can improve my performance.

Manager Review: This report is based on my observations and / or knowledge. It represents my best judgment of the employee's performance.

| Heather Franzel |
| Appraiser's Name |

Appraiser's Signature

Associate Signature    Date    13 / 07 / 1/14

| Heather Franzel |
| Department Manager's Name |

A second signature from the department manager is only required if the person completing the form is not the employee's direct supervisor.

SVH 0180

| ASSOCIATE PERFORMANCE PLANNING & REVIEW DOCUMENT |

**Rating Calculation Worksheet**
St. Vincent Healthcare Performance Evaluation & Development Form

**St.Vincent Healthcare**
People Healing People.

Ratings Key:
5 Far Exceeding Expectations
4 Exceeding Expectations
3 Meeting Expectations
2 Meeting Some Expectations
1 Does Not Meet Expectations
N/A

| | Essential Job Duties and Functions | | | |
|---|---|---|---|---|
| | Please indicate key Job Essentials/Duties (Please refer to job description for key job essential descriptions) | Weighting must equal 100% 100% | Self Evaluation | Manager Rating |
| 1 | • Disassembles carts and follows Universal Precaution for decontamination | 20% | Meeting Expectations | Meeting Expectations |
| 2 | • Sterilizes equipment and instruments, wraps clean supplies and instruments, maintains records for all instruments and transports sterilized items back to the floor | 20% | Exceeding Expectations | Meeting Expectations |
| 3 | • Assembles instruments and rechecks all instruments for cleanliness and/or impairment and properly checks power equipment with use of nitrogen | 15% | Meeting Expectations | Meeting Some Expectations |
| 4 | • Takes measures to allow for easy instrument tracking including maintaining the color coding tape on all instruments, properly using the instrument engraver, reporting and documenting all missing instrument and implants replaced in trays and properly handles loaner instrument tray | 15% | Exceeding Expectations | Meeting Expectations |
| 5 | • Investigates and communicates the implant and equipment inventory status with the C.P. staff and the O.R. Charge Nurse including current order status, back orders and/or changes | 15% | Meeting Expectations | Meeting Some Expectations |
| 6 | • Appropriately responds to emergency situations by making sure that all emergency, trauma and add-on cases are picked properly and sent to the O.R. in a timely manner. Remains knowledgeable in the proper procedure to follow during a cardiac arrest in the O.R. | 15% | Exceeding Expectations | Meeting Expectations |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |

Overall Essential Job Functions Rating: **Meeting Expectations**

**Instructions:**
1. At the beginning of the evaluation year fill in the job essential or job duty. Use one line per essential job duty.
2. Apply a weighting to each job essential, the total must equal 100%.
3. At the time of evaluation allow associate to self evaluate performance of essential job duties.
4. As the evaluator, select the appropriate rating based on the associates performance.
4. The rating in the overall principle job function rating will populate the field "Principle Duties Rating on page 1.
5. If the overall essential job function rating is "Does Not Meet Expectations" do not proceed with the remainder of the evaluation. Work with your HR Business Partner as the associate must be put on a corrective action plan for improved job performance. This includes corrective action, an action plan with specific follow up dates to ensure performance is improved.

SVH 0181