St.Vincent Healthcare



## 2011 Employee Annual Performance Development Review

Employee: Roxanne Jackson                          ID Number: 8237

Department:   Central Processing          Position: Instrument Tech (non certified)

### *Core Value Competencies*

**ND=Needs Further Development:** Performance does not consistently meet position, behavioral or practice expectations *(ND score requires an action plan for improvement)*
**FC=Fully Contributes** Performance consistently meets position, behavioral or practice expectations
**RM=Role Model:** Performance consistently exceeds position, behavioral or practice expectations

Circle one rating per Core Value:

| Respect | | | |
|---|---|---|---|
| 1. Actively listens to what people are saying. | ND | FC | RM |
| 2. Effectively and appropriately deals with conflict resolution | ND | FC | RM |
| 3. Protects and promotes confidentiality, dignity and safety of others | ND | FC | RM |
| 4. Contributes to a positive work environment and doesn't detract from patient care | ND | FC | RM |
| **Respect – Overall** | **ND** | **FC** | **RM** |
| **Response to Need** | | | |
| 1. Anticipates and responds accordingly to patients and customers needs | ND | FC | RM |
| 2. Participates in departmental quality initiatives and projects | ND | FC | RM |
| 3. Responds to requests as soon as possible and follows up in an appropriate and timely manner | ND | FC | RM |
| **Response to Need - Overall**<br>Comments/Action Plan:<br>Roxanne takes an active role to provide care to patient needs. She communicates with staff issues in a timely manner. She has taken an active role to better the department with suggestions and improvements. | **ND** | **FC** | **RM** |
| **Wholeness** | | | |
| 1. Provides a restful environment for healing. Works to maintain a quiet and healing environment. | ND | FC | RM |
| 2. Speaks positively of SVH, inside and outside the organization. | ND | FC | RM |
| 3. Behavior reflects the mission, vision and values of SVH | ND | FC | RM |
| 4. Provides care and service with dignity | ND | FC | RM |
| **Wholeness - Overall**<br>Comments/Action Plan:<br>Roxanne displays the SVH mission and values. She takes pride in the services she provides through CP. | **ND** | **FC** | **RM** |

DEPOSITION EXHIBIT 36

PENGAD 800-631-6989

SVH 0182

EXHIBIT L-22

tabbies

| **Excellence** | | | |
|---|---|---|---|
| 1. Complies with SVH departmental, organizational and Human Resources polices and procedures (i.e. Dress code, Absenteeism, Scheduling, etc) | ND | FC | RM |
| 2. Employee owns their job performance and actions | ND | FC | RM |
| 3. Completes and maintains assigned duties on time and within defined level of acceptance | ND | FC | RM |
| **Excellence - Overall**<br>Comments/Action Plan: Roxanne follows proper policies and procedures and manufacture guidelines. She takes a role to ensure others do the same to ensure patient safety. | ND | FC | RM |
| **Stewardship** | | | |
| 1. Manages time, resources, supplies and finances effectively | ND | FC | RM |
| 2. Creates a supportive environment for co-workers, patients and customers | ND | FC | RM |
| 3. Acts as a resource to others | ND | FC | RM |
| 4. Accepts accountability for making good decisions | ND | FC | RM |
| **Stewardship-Overall** | ND | FC | RM |

## _Job Specific Duties and Responsibilities_

**ND=Needs Further Development:** Performance does not consistently meet position, behavioral or practice expectations *(ND score requires an action plan for improvement)*

**FC=Fully Contributes** Performance consistently meets position, behavioral or practice expectations

**RM=Role Model:** Performance consistently exceeds position, behavioral or practice expectations

| 1. Maintains position based competencies and requirements and attends educational trainings/in-services as required for the position | ND | FC | RM |
|---|---|---|---|
| 2. Met objectives listed on the 2010 evaluation under "Performance and Development Planning" | ND | FC | RM |
| 3. Disassembles carts and follows Universal Precaution for decontamination | ND | FC | RM |
| 4. Sterilizes equipment and instruments, wraps clean supplies and instruments, maintains records for all instruments and transports sterilized items back to the floor | ND | FC | RM |
| 5. Assembles instruments and rechecks all instruments for cleanliness and/or impairment and properly checks power equipment with use of nitrogen | ND | FC | RM |
| 6. Takes measures to allow for easy instrument tracking including maintaining the color coding tape on all instruments, properly using the instrument engraver, reporting and documenting all missing instrument and implants replaced in trays and properly handles loaner instrument tray | ND | FC | RM |
| 7. Inventories and communicates the implant and equipment inventory status with the C.P. staff and the O.R. Charge Nurse including current order status, back orders and/or changes | ND | FC | RM |
| 8. Appropriately responds to emergency situations by making sure that all emergency, trauma and add-on cases are picked properly and sent to the O.R. in a timely manner. Remains knowledgeable in the proper procedure to follow during a cardiac arrest in the O.R | ND | FC | RM |

SVH 0183

Comments/Action Plan:
(required for any rating of ND)

---

☐ Annual competencies completed in Medelearn and Report Card is ATTACHED

☐ Confidentiality Agreement reviewed, signed and ATTACHED
☐ Employee Standards of Business Conduct reviewed, signed and ATTACHED

## *Performance and Development Planning:*

**Future Performance Expectations:** Identify any particular performance expectations, job duties, special assignments, and/or skills upon which the employee should focus in order to reinforce his/her success and contribution to St. Vincent Healthcare

Plan:                                                                                    Target Date:

### Department Goals
- Actively participates with change in the department with ideas, communication, & feedback.
- Owns the responsibility of department productivity by managing departmental work flow, recognizing/managing overtime, and overstaffing situations.

**Future Training and Development:** Identify training and/or development opportunities in which the employee should participate to enhance future performance

SVH 0184

( )                                          ( )

Plan: _____    Target Date:

- **Rebuilding Sterile Room pick sheets**

I acknowledge that I have reviewed a copy of my job description which is written in terms I understand and includes the primary duties and responsibilities for which I am accountable. I understand that I may be asked to perform other duties as assigned by a supervisor, manager or director based on the needs of the organization or department to which I am assigned.

Further, I acknowledge that this Annual Development Performance Review as well as the above Performance and Development plan has been discussed with me.

_____  1/31/12    _____  1/31/12
Employee Signature              Date      Supervisor/Manager Signature        Date

SVH 0185