Hoffman, Annette

| From: | Franzel, Heather |
| --- | --- |
| Sent: | Monday, December 16, 2013 5:11 PM |
| To: | Dobson, David; Hoffman, Annette |
| Subject: | Instrument Time Trials |
| Attachments: | Instrument Assembly Time Trials.xlsx |

Hi all,
Sorry for the delay in getting this to you, I was staffed last week. We included all staff, as well as our relief person who helps from the OR. Please let me know if you have questions.
Thank you,

Heather Franzel, CRCST
Central Processing Manager
Saint Vincent Healthcare
1233 North 30th Street
Billings, MT. 59101
Office: (406) 237-4466
Department: (406) 237-4460
Cell: (406) 208-5149

"We keep moving forward, opening new doors, and doing new things, because we're curious and curiosity keeps leading us down new paths. "—Walt Disney

| S / 8 | H | L | |
| --- | --- | --- | --- |
| | 10 | 9 | |
| | 5 | 8 | 25 |
| | 8 | 15 | 20 |
| 8 | 9 | 13 | |
| 9 | 10 | 18 | |
| 5 | 12 | 14 | |
| 4 | | 8.5 | 7 |
| 5 | 7 | 8 | |
| | 11 | 9 | 11 |
| 4 | 8 | 24 | 7 |
| | 5 | 7 | 8 |
| Rox 8 | 12 | 16 | 26 |

1

DEPOSITION
EXHIBIT
38
PENGAD 800-631-6989

SVH 1131

EXHIBIT
L-23
tabbies