## Hoffman, Annette

**From:** Smith, Kathy (SVB)
**Sent:** Thursday, July 31, 2014 9:10 AM
**To:** Hoffman, Annette
**Subject:** RE: Roxanne

I would work with Sam to set that up.

Kathy
237.3144
690.2407

*M-Th  Struts at 1500*

**St. Vincent**
HEALTHCARE | SCL Health

**From:** Hoffman, Annette
**Sent:** Thursday, July 31, 2014 8:29 AM
**To:** Smith, Kathy (SVB)
**Subject:** Roxanne

She also asked if it might be possible for her to job shadow someone briefly so she can better understand what the general food services work is like.

Annette

1

DEPOSITION
EXHIBIT
39

PENGAD 800-631-6989

SVH 1124

EXHIBIT
L-24

tabbies