Eric E. Holm
Ben T. Sather
SATHER & HOLM, PLLC
2301 Montana Ave., Ste. 202
P.O. Box 1115
Billings, MT  59103
Telephone: (406) 294-1700
Facsimile:  (406) 794-0673
eric@satherandholm.com
ben@satherandholm.com
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | | |
|---|---|---|
| ROXANNA JACKSON, | ) | Case No.  CV-15-115-BLG-SPW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DECLARATION OF ROXANNA** |
| | ) | **JACKSON OPPOSING** |
| ST. VINCENT HEALTHCARE, | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **SUMMARY JUDGMENT** |
| Defendant. | ) | |
| | ) | |

I, Roxanna Jackson, declare under penalty of perjury:

1.      I am the plaintiff in the above-captioned matter.  I am over the age of 18, and I have personal knowledge of the matters set forth herein and am competent to testify to them.  I make this Declaration in opposition to Defendant's Motion for Summary Judgment.



1

2.    Prior to Heather Franzel becoming my supervisor, I was allowed to perform my duties, including instruments, at my own speed.

3.    There were times before Franzel becoming my supervisor that I worked weekends and on-call duty.

I declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED this 14th day of November, 2016.


By:    _Roxanna Jackson_____

Roxanna Jackson