IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
NOV 28 2016
Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| ROXANNA JACKSON, | CV 15-115-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| ST. VINCENT HEALTHCARE, | |
| Defendant. | |

Defendant St. Vincent Healthcare moves for the admission of Mary Hurley Stuart to practice before the Court in the above captioned matter with Eric Edward Nord of Billings, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d).

IT IS SO ORDERED that Defendant St. Vincent Healthcare's motion to admit Mary Hurley Stuart to appear *pro hac vice* (Doc. 20) is GRANTED and she is authorized to appear as counsel with Eric Edward Nord pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 28th day of November, 2016.

SUSAN P. WATTERS
United States District Judge

1