Eric Edward Nord
CRIST, KROGH & NORD, PLLC
The Securities Building
2708 Second Avenue North, Suite 300
Billings, MT  59101
Telephone:  (406) 255-0400
Facsimile:   (406) 255-0697
Email:  enord@cristlaw.com

Mary Hurley Stuart *(Admitted Pro Hac Vice)*
HUSCH BLACKWELL LLP
1801 Wewatta Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 749-7200
Facsimile:   (303) 749-7272
Email:  mary.stuart@huschblackwell.com

Attorneys for Defendant St. Vincent Healthcare

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| ROXANNA JACKSON, | Cause No. CV-15-115-SPW |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| ST. VINCENT HEALTHCARE, | |
| Defendant. | |

Plaintiff Roxanna Jackson and Defendant St. Vincent Healthcare hereby stipulate pursuant to F. R. Civ. P. 41, to a dismissal with prejudice of this litigation

and all claims that were asserted or could have been asserted in this litigation. Each party shall pay her or its own attorneys' fees and expenses.

DATED this 20th day of July, 2017.

Respectfully submitted,

CRIST, KROGH & NORD, PLLC


By: */s/ Eric Edward Nord*
    Eric Edward Nord

HUSCH BLACKWELL LLP


By: */s/ Mary Hurley Stuart*
    Mary Hurley Stuart

Attorneys for Defendant St. Vincent Healthcare



SATHER & HOLM, PLLC


By: */s/ Eric E. Holm*
    Eric E. Holm
    Ben T. Sather

Attorneys for Plaintiff Roxanna Jackson

# CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of July, 2017, a copy of the foregoing was served on the following persons by the following means:

__1, 2__ CM/ECF
_____ Hand Delivery
_____ Mail
_____ Fax
_____ E-Mail

1. Clerk, U.S. District Court

2. Eric E. Holm
   Sather & Holm, PLLC
   2301 Montana Ave., Ste. 202
   P.O. Box 1115
   Billings, MT 59103
   eric@satherandholm.com

*/s/ Mischelle Mayer*
Legal Support Team Specialist