**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**



**FILED**

JUL 2 1 2017

Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| ROXANNA JACKSON,<br><br>    Plaintiff,<br><br>vs.<br><br>ST. VINCENT HEALTHCARE,<br><br>    Defendant. | CV 15-115-BLG-SPW<br><br><br>ORDER |

Upon the Stipulation of Dismissal with Prejudice (Doc. 34) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorney's fees.

DATED this _21st_ day of July, 2017.

_Susan P. Watters_
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1